# Affidavit of Process Server

U.S.D.C. Northern District of California
_____
(NAME OF COURT)

| Compania Minera Coapas, S.A. de C.V. | vs. | CSL Group, Canada Steamship CSL International, Inc. | C07 4722 PJS |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE # |

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected. I was authorized by law to perform said service.

**Service:** I Served CSL International Inc c/o Prentice Hall Corporation System
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) Summons, Verified Complaint, Dec of Aguirre, Dec of Lord, Certificate of Interested Parties, ECF Handout, Notice of Assignment, Order, Welcome to the US, Public NTC.

by serving Bernardo Montanez — Process Specialist
NAME — RELATIONSHIP

at ☐ Home _____
☒ Business 84 State St, Boston, Ma. 02109

on: 10/4/2007 at 1:40 p.m.
DATE — TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____ DATE

from _____ _____
CITY STATE

**Manner of Service:**
☐ By personally delivering copies to the person/authorized agent of entity being served.
☐ By leaving during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof.
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reasons(s):

☐ Unknown at Address  ☐ Evading  ☐ Moved, Left no Forwarding  ☐ Other
☐ Address Does Not Exist  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____ _____ ( ) _____ _____ ( ) _____ _____
DATE TIME DATE TIME DATE TIME
( ) _____ _____ ( ) _____ _____ ( ) _____ _____
DATE TIME DATE TIME DATE TIME

**Description:** Age: 35  Sex: M  Race: His.  Hgt: 5'7"  Wgt: 180  Hair: blk  Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on

10/4/07 at Boston Ma
DATE — CITY — STATE

_____
SIGNATURE OF PROCESS SERVER

State of MA
County of Suffolk

Subscribed and sworn before me, a notary public, this 4 day of October 2007

WITNESS MY HAND AND OFFICIAL SEAL

_____
NOTARY PUBLIC
My Commission Expires 8/23/2013