```
1  TIMOTHY R. LORD, SB# 213062
      E-Mail: lord@lbbslaw.com
2  LEWIS BRISBOIS BISGAARD & SMITH LLP
   One Sansome Street, Suite 1400
3  San Francisco, California  94104
   Telephone:    (415) 362-2580
4  Facsimile:    (415) 434-0882

5  Attorneys for Plaintiff
   COMPANIA MINERA CAOPAS, S.A. de C.V.
6
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| COMPANIA MINERA CAOPAS, S.A. de C.V., <br><br> Plaintiff, <br><br> v. <br><br> THE M/V CSL ACADIAN, IMO NO. 8009571, HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*; and THE CSL GROUP; CSL INTERNATIONAL, INC.; CANADA STEAMSHIP LINES; FB SHIPPING, INC.; *in personam*; <br><br> Defendants. | CASE NO. C 07-04722 WHA <br><br> ***AMENDED* DECLARATION OF RICARDO E. AGUIRRE IN SUPPORT OF VERIFIED COMPLAINT FOR ARREST OF M/V CSL ACADIAN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE SUPPLEMENTAL ADMIRALTY RULE C AND ATTACHMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE SUPPLEMENTAL ADMIRALTY RULE B** |

I, Ricardo E. Aguirre declare under penalty of perjury of the laws of the United States:

1.   I am employed as Vice President of plaintiff COMPANIA MINERA CAOPAS, S.A. de C.V.

2.   I make this declaration in support of the Verified Complaint of COMPANIA MINERA CAOPAS, S.A. de C.V. (hereinafter "CMC") and declare that the allegations in support of jurisdiction of this Court under Supplemental Admiralty Rule C and Supplemental Admiralty Rule B, and in support of the claims of CMC against the M/V CSL ACADIAN *in rem*, The CSL

1  Group, CSL International, Inc. and Canada Steamship Lines, FB Shipping, Inc., *in persoanam*, are
2  true and correct to the best of my knowledge and belief.
3        3.    My knowledge and belief is based upon independent investigation as well as my
4  review of documents and financial records generated by CMC in the regular course of its business,
5  including true and correct copy of documents supporting the estimated costs of temporary repairs
6  to the CMC Terminal resulting from the allision by the M/V CSL ACADIAN attached hereto as
7  Exhibit A; documents supporting the estimate of permanent repairs to the CMC Terminal resulting
8  from the allision attached hereto as Exhibit B; documents supporting consequential loss attached
9  hereto as Exhibit C.
10       4.    As a result of the allision, CMC has and will incur approximately
11 $ 1,500,000 for temporary repairs to CMC Terminal structures, including costs of tug charter,
12 engineering, procuring and installing temporary mooring buoys, surveys, reports to authorities,
13 inspections, and other necessary expenses.
14       5.    As a result of the allision, CMC has and will incur approximately $ 4,100,000 in
15 costs and expenses for permanent repairs to its Terminal structures.
16       6.    As a result of the allision, CMC has and will lose approximately $ 1,100,000 in
17 consequential losses including lost profits and other revenue.
18       7.    As a result of the allision, CMC will incur approximately $ 1,000,000 in interest
19 and costs.
20       8.    As a result of the allision, CMC has and will incur total costs, expenses and lost
21 profits and revenue in an amount totaling approximately $ 7,700,000.
22       I make this declaration on behalf of CMC, plaintiff herein, and in support of the Verified
23 Complaint and *Ex Parte* Application for Arrest of M/V CSL ACADIAN.
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1      In accordance with 28 U.S.C. § 1746(1), I declare under penalty of perjury under the laws
2  of the United States of America that the foregoing is true and correct. Executed this 18th day of
3  October, 2007, at Baja, Mexico.

                                            /s/ Ricardo E. Aguirre
                                            RICARDO E. AGUIRRE as
                                            VICE PRESIDENT
                                            COMPANIA MINERA CAOPAS, S.A. de C.V.