# EXHIBIT A

Summary Expenses Accident Acadian.xls

10/9/2007

# GASTOS EN REPARACIONES TEMPORALES OCASIONADOS POR EL ACCIDENTE DEL DAAT3 EL 26/05/07

Pesos Mexicanos.

| | Descripción | Monto | Fecha | Folio | Proveedor | Referencia | Notas |
|---|---|---|---|---|---|---|---|
| RT | GARRAFONES C/AGUA P/TOLTECA | $28 | 8/28/2007 | F.038 | STA. MA | RQ.1711/07 | |
| RT | GARRAFONES C/AGUA P/TOLTECA | $33 | 8/22/2007 | F.1092 | STA. MA | RQ.1671/07 | |
| RT | GARRAFONES C/AGUA P/TOLTECA | $39 | 9/4/2007 | F.470 | STA. MA | RQ.1757/07 | |
| RT | ALIMENTOS TRIPULACION TOLTECA | $50 | 7/11/2007 | F.4858 | RQ.1382/07 | MEY | |
| RT | MANGUERA FLEXIBLE P/TOLTECA | $60 | 8/14/2007 | F.10368 | BENNY | OC.1202/07 | |
| RT | AGUA Y HIELOS | $100 | 7/5/2007 | F.621 | RQ.1330/07 | | |
| RT | TUERCAS Y NIPLES P/DUQUE 3 | $151 | 8/9/2007 | F.168333 | INFRA | | |
| RT | FOCOS P/TOLTECA | $164 | 8/22/2007 | F.5109 | MEY | RQ.1673/07 | |
| RT | BOQUILLAS P/CORTE DUQUE 3 | $226 | 8/9/2007 | F.168323 | INFRA | | |
| RT | NIPLE, RED. CAMPANA Y BUSH P/TOL | $233 | 7/24/2007 | OC.1103/07 | INFRA | MIL MANG | |
| RT | BOQUILLAS DE CORTE OXI-ACE Y B | $308 | 7/17/2007 | OC.1074/07 | F.927 | | |
| RT | 100 MTS. CABO NYLON 1/2" Y 50 1/4" | $327 | 8/21/2007 | F.10439 | BENNY | OC.1282/07 | |
| RT | 50 M. CABO NYLON DE 1/2" | $330 | 9/3/2007 | F.16832 | AMALIA G. | OC.1272/07 | |
| RT | TRIPLAY P/TOLTECA | $375 | 7/2/2007 | OC.1006/07 | F.9911 GCM | | |
| RT | BOQUILLAS P/CORTE DUQUE 3 | $390 | 8/9/2007 | F.168322 | INFRA | | |
| RT | 5 ESPARRAGOS P/MONTAR LLANTAS | $440 | 8/13/2007 | OC.1190/07 | F.9372 | ACE/GASE | * |
| RT | MANGUERA ALTA PRESION DIOBRA | $460 | 9/1/2007 | F.2488 | ARYANO | OC.1304/07 | |
| RT | 100 M. CABO NYLON 1/2" MANIOBRA | $594 | 9/6/2007 | F.10583 | BENNY | OC.1308/07 | |
| RT | LIJAS,TORNILLOS, ESPATULAS, ETC. | $780 | 9/14/2007 | F.5267 | MEY | RQ.1855/07 | |
| RT | VIAJE CON AGUA P/TOLTECA | $800 | 7/22/2007 | F.99 | | | |
| RT | 170 LTS. DIESEL GRUA LINK BELT | $964 | 10/3/2007 | SALIDA ALMACEN | | | |
| RT | BOQUILLAS | $1,232 | 6/22/2007 | F.9195 | OC.1037/07 | A Y G | |
| RT | BOQUILLAS DE CORTE OXI-ACE Y B | $1,232 | 7/9/2007 | OC.1037/07 | | | |
| RT | REP. FRIZER Y A/A DEL TOLTECA | $1,265 | 8/27/2007 | F.900 | ALBINO M. | OC.1249/07 | |
| RT | 30 MTS MANGUERA A.P. BUZOS | $1,339 | 9/1/2007 | F.10560 | BENNY | OC.1303/07 | |
| RT | ALIMENTOS TRIPULACION TOLTECA | $1,346 | 7/18/2007 | F.4905 | RQ.1418/07 | MEY | |
| RT | PAGO 2 SEMANAS PANGA DUQUE 3 | $2,000 | 8/22/2007 | S/F | AARON | | |
| RT | ACETILENO | $2,006 | 7/17/2007 | OC.1075/07 | F.9262 | | |
| RT | TRIPLAY Y BARROTES P/MUERTOS | $2,160 | 8/4/2007 | F.11088 | FLEMATE | | |
| RT | ELECTRODOS DE 1/8 Y 5/32 | $2,310 | 7/30/2007 | OC.1126/07 | F.9297 | | |
| RT | FLETE DEL DIESEL | $2,337 | 9/21/2007 | F.12490 | DICOSARO | OC.1368/07 | |
| RT | OXIGENO | $2,665 | 6/20/2007 | OC.970/07 | F.9194 | | |
| RT | OXIGENO | $2,665 | 7/19/2007 | OC.1084/07 | F.9270 | | |
| RT | OXIGENO | $2,665 | 7/24/2007 | OC.1108/07 | F.9286 | | |
| RT | OXIGENO | $2,665 | 7/30/2007 | OC.1127/07 | F.9293 | | |
| RT | 3 CILINDROS OXIGENO MUELLE | $2,665 | 8/2/2007 | OC.1142/07 | F.9334 | ACE/GASE | |
| RT | FLETE DE LO ANTERIOR | $2,665 | 8/8/2007 | OC.1165/07 | F.9183 | ACE/GASE | |
| RT | ELECTRODOS DE 1/8 Y 5/32 | $2,875 | 7/17/2007 | F.1101 | F.9277 | | |
| RT | VACIADO CONCRETO 1ER. MUERTO | $3,080 | 7/21/2007 | OC.1096/07 | F.156 | LUIS V. | |
| RT | OXIGENO | $3,108 | 8/10/2007 | OC.846/07 | | | |
| RT | FLETE EN USA Y MANEJO BOYAS | $3,428 | 5/28/2007 | T.C.10.80 | | | 338.50 |
| RT | ALIMENTOS TRIPULACION TOLTECA | $3,656 | 8/24/2007 | T.C.10.80 | | | |
| RT | ALIMENTOS TRIPULACION TOLTECA | $3,759 | 7/8/2007 | 4838/40 Y29 | RQ.1341/07 | | |
| RT | OXIGENO P/SOLDADURA | $3,871 | 7/30/2007 | F.4986/88 | RQ.1490/07 | MEY | |
| RT | OXIGENO | $4,441 | 7/6/2007 | F.9232 | OC.1036/07 | A Y G | |
| RT | ALIMENTOS TRIPULACION TOLTECA | $4,441 | 7/9/2007 | OC.1036/07 | | | |
| RT | ALIMENTOS TRIPULACION TOLTECA | $4,669 | 7/25/2007 | F.4953/54/56 | RQ.1454/07 | MEY | |
| RT | DESEMPROPELAR TOLTECA | $4,868 | 7/3/2007 | F.4796/4803/10 | | | |
| RT | VARILLA, ALAMBRON P/MUERTOS | $5,000 | 8/15/2007 | BUZOS | CH.27101 | MAYTOREN | |
| RT | ALIMENTOS TRIPULACION TOLTECA | $5,416 | 8/4/2007 | F.2558 | SONIA ROM | | |
| RT | HOTEL FRANCES | $5,464 | 6/29/2007 | 4783/89 | ING. ARIEL, RICK Y GEORGE | | PDTE |
| RT | ALIMENTOS TRIPULACION TOLTECA | $5,785 | | | | | |
| RT | FLETE EN USA CADENAS Y ANCLAS | $5,978 | 9/5/2007 | 5181/83/87/99 | MEY | RQ.1765/07 | |
| | | $6,480 | | 600.00 DLS. A 10.80 | | | PDTE |

Rep. Temp.

Summary Expenses Accident Acadian.xls

| | Description | Amount | Date | Reference | | | |
|---|---|---|---|---|---|---|---|
| RT | ALIMENTOS TRIPULACION TOLTECA | $6,702 | 8/1/2007 | F.4996/98 | RQ.1512/07 | MEY | |
| RT | ALIMENTOS TRIPULACION TOLTECA | $6,769 | 8/24/2007 | F.5126/5129 | MEY | RQ.1691/07 | |
| RT | MANGUERAS, CONEXIONES DAAT3 | $7,166 | 6/6/2007 | OC.908/07 | F.00855 | | |
| RT | ALIMENTOS TRIPULACION TOLTECA | $7,355 | 8/10/2007 | F.5036/5040 | MEY | RQ.1674/07 | |
| RT | ALIMENTOS TRIPULACION TOLTECA | $7,543 | 7/27/2007 | F.4972/75 | RQ.1477/07 | MEY | |
| RT | ALIMENTOS TRIPULACION TOLTECA | $7,753 | 8/15/2007 | F.5063/5067 | MEY | RQ.1675/07 | |
| RT | ALIMENTOS TRIPULACION TOLTECA | $7,782 | 7/21/2007 | 4929/33 | RQ.1433/07 | MEY | |
| RT | ALIMENTOS TRIPULACION TOLTECA | $7,867 | 7/14/2007 | F.4878/83 | RQ.1386/07 | MEY | |
| RT | RESTO MUERTOS | $7,920 | 8/17/2007 | F.159 | LUIS V. | | |
| RT | ALIMENTOS TRIPULACION TOLTECA | $7,932 | 9/14/2007 | F.5253/5256 | MEY | OC.1838/07 | |
| RT | ALIMENTOS TRIPULACION TOLTECA | $8,055 | 8/29/2007 | F.5148/5152 | MEY | RQ.1722/07 | |
| RT | 80 SACOS DE CEMENTO P/MUERTOS | $8,202 | 8/9/2007 | OC.1177/07 | | BENNY | |
| RT | ALIMENTOS TRIPULACION TOLTECA | $8,231 | 9/24/2007 | NV.5323/26 | MEY | RQ.1903/07 | |
| RT | ALIMENTOS TRIPULACION TOLTECA | $8,325 | 9/18/2007 | NV.5295/98 | MEY | RQ.1873/07 | |
| RT | ALIMENTOS TRIPULACION TOLTECA | $8,817 | 8/20/2007 | F.5100/5103 | MEY | RQ.1676/07 | |
| RT | M.P. | $10,000 | 6/30/2007 | S/F | LIC. MANOLO | | |
| RT | FLETE DE PLACAS | $10,000 | | | | | |
| RT | 20 CILINDROS DE OXIGENO JEFF | $10,054 | 10/1/2007 | F.170465 | OC.1423/07 | | |
| RT | APOYO EN EMBARQS.JUL-26/29/30 | $10,508 | 8/3/2007 | F.153 | LUIS V. | | |
| RT | ALIMENTOS TRIPULACION TOLTECA | $10,666 | 9/10/2007 | F5223/5228 | MEY | OC.1801/07 | |
| RT | API SERVICIOS PORTUARIOS TOLTE | $17,253 | 7/16/2007 | MARITIMEX | | | |
| RT | COMP. A EMPLEADOS EMBS. | $26,910 | 8/3/2007 | F.64494 | MYT EP | | |
| RT | FLETE BOYAS | $29,145 | 8/28/2007 | F.4418 | ALVARADO | | |
| RT | INMERSION EN FALSO MUERTO | $33,000 | 9/11/2007 | F.10661 | BENNY | OC.1310/07 | |
| RT | BUZOS PELOTERO | $34,500 | 7/9/2007 | F.64252 | OC.1031/07 | MYTP | |
| RT | LIMPIEZA DE PILOTES | $46,000 | 10/9/2007 | F/65109 | | | |
| RT | FLETE CADENAS Y ANCLA A SR | $58,300 | F.7972/7973 | | | | PDTE |
| RT | IMPORTACION BOYAS | $62,358 | 8/24/2007 | | BRAVIN | | |
| RT | MONTAJE BOYAS ATRAQUE | $103,500 | 8/23/2007 | F.64650 | MYT EP | | |
| RT | TRABAJOS DE BUZOS | $115,000 | PELOTERO, VIDEO Y MONTAR CRUCETAS F.64367 | | | | PDTE |
| RT | 8 TRAMOS TUBOS P/PILOTES C.B. | $151,955 | NICOLAS TSIMBINOS F.C27 | | | | |
| RT | PLACAS DE ACERO P/PILOTES | $162,105 | 7/4/2007 | F.579664 | FERROMETAL | N.TSIMBINOS | |
| RT | CABOS, GRILLETES P/TOLTECA | $177,164 | 16,404.12 DLS. A 10.80 F.2664 | | DICOSARO | OC.1367/07 | |
| RT | 43,000 LTS. DE DIESEL P/TOLTECA | $243,810 | 9/21/2007 | F.102643 | DICOSARO | | |
| RT | 30,000 LTS. DE DIESEL P/TOLTECA | $157,080 | 7/3/2007 | F.11344 | DICOSARO | | |
| RT | 30,000 LTS. DE DIESEL P/TOLTECA | $157,920 | 8/4/2007 | F.11835 | | | |
| RT | IMPORTACION CADENAS Y ANCLAS | $254,025 | 7/24/2007 | | | | |
| RT | COMPRA 2 BOYAS | $463,320 | 8/21/2007 | T.C.10.80 | F.097882 | 42,900.00 | |
| RT | COMPRA CADENAS Y ANCLAS | $795,830 | 73,688.00 DLS. A 10.80 PAGO SALTILLO | | | | |
| RT | ANALISIS DE INGENIERIA, REP.TEMPORAL | $1,011,536 | Jun-07 | 672 $93,725 DLLS T.C.$10.7926 | | | |
| RT | RENTA REMOLCADOR | $1,686,962 | Jun-07 | CEMEX | 4760123 | | |
| RT | RENTA REMOLCADOR | $1,678,695 | Jul-07 | CEMEX | 4803814 | | |
| RT | RENTA REMOLCADOR | $1,714,162 | Aug-07 | CEMEX | 4882649 | | |
| RT | MINSA, inspeccion e instalacion de boyas de amar | $3,220,588 | | MINSA | F.8796 | $294,917.5 X T.C. $10.9203 | PDTE |

| TOTAL REPARACIONES TEMPORA | $12,685,146 | Pesos |
|---|---|---|

Exchange rate Oct 15, 2007    10.81
US Dollars    $1,173,106

** LAS DE COLOR ROJO SON LAS QUE FALTAN DE COPIA

Rep. Temp.

Summary Expenses Accident Acadian.xls

# GASTOS EN REPARACIONES TEMPORALES OCASIONADOS POR EL ACCIDENTE DEL DAAT3 EL 26/05/07

Pesos Mexicanos.  10/9/2007

| Concepto | Monto | Fecha | Referencia | Proveedor |
|---|---|---|---|---|
| BUZOS PELOTERO | 19,550.00 | 6/30/2007 | F.64193 | OC.998/07 MYTP |
| BUZOS MAZOS | 24,150.00 | 6/30/2007 | F.64193 | OC.998/07 MYTP |
| BUZOS GUAYMAS | 172,500.00 | 6/30/2007 | F.64193 | OC.998/07 MYTP |
| VUELO HMO-PV | 13,000.00 | 7/9/2007 | F.3432 | AVIONES DE SONORA |
| ENVIO DOCTOS. STA-LAP | 52.00 | 8/27/2007 | F.788702 | BAJA PACK |
| CERT. DOCTOS. MUELLE | 2,400.00 | 8/27/2007 | F.897 | LIC. SANTILL |
| RENTA ECOSONDA JEFF THORSON | 500.00 | 9/11/2007 | S/F | NETZA OSUNA |
| SERVICIOS TRADUCCION ABOGADOS | 880.00 | 9/20/2007 | F.004 | PERLA ROJO |
| HOSPEDAJE ABOGADOS ARIEL ETC. | 8,550.00 | 9/21/2007 | F.8399 | H.FRANCES |
| LIMPIEZA 10 PILOTES DE 24" DUKE 4 | 44,000.00 | 9/26/2007 | | OC.1446/07 M Y T EL PILAR |
| FALTA DE LAP A SALTILLO | - | | | |
| FOTOGRAFIAS | 812.00 | | | |
| ACTAS NOTARIO LIC. SANTILLAN | 35,800.00 | | | |
| LIC. HELADIO MEJIA PERICAS | 22,000.00 | 7/9/2007 | REC 070 | |
| LIC. OSCAR VILLEGAS RICO | 4,617.00 | 8/16/2007 | REC 2274 | |
| LIC. OSCAR VILLEGAS RICO | 2,280.00 | 8/7/2007 | REC 2270 | |
| LIC. OSCAR VILLEGAS RICO | 2,280.00 | 8/16/2007 | REC 2268 | |
| LIC. OSCAR VILLEGAS RICO | 3,762.00 | 8/27/2007 | REC 2286 | |
| El Pilar, inspeccion y certificacion estructural c | 2,719,980.00 | 10/12/2007 | F.65169 | |

| TOTAL INSPECCION, CERT, Y DEM. | 3,077,113.00 |
|---|---|

Exchange rate Oct 15, 2007   10.81
US Dollars   284,567.4

** LAS DE COLOR ROJO SON LAS QUE FALTAN DE COPIA

Inspections