# EXHIBIT B

## Estimated cost of construction
US Dollars

| | |
|---|---|
| 1. Estimated charge by Ruskin to build dolphin DAAT#1 and AC#3 (contract -target price-) | $3,031,396 |
| 2. Local supplies for construction | $410,000 |
| 2. Local labor for construction | $255,000 |
| 3. Importation, transportation, customs broker fees for materials and equipment needed | $262,500 |
| 4. Other unforseen expenses | $100,000 |
| **TOTAL** | **$4,058,896** |