# EXHIBIT C

## Consequential Losses

US Dollars

1 Customer under confidentiality, sales lost
   July cargo         50,000 tons    $8.90 per ton    $445,000
   Septmeber cargo    50,000 tons    $8.90 per ton    $445,000

2 Oxbow Carbon & Minerals, emergency purchase from USG Rainier moved to Seattle,
  then rejected and sent to BPB Annacis Island in Vancouver            $250,000

**Total Consequencial losses and other expenses acumulated to 10/10/07    $1,140,000**