TIMOTHY R. LORD, SB# 213062
E-Mail: lord@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Plaintiff
COMPANIA MINERA CAOPAS, S.A. de C.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION DIVISION

| | |
|---|---|
| COMPANIA MINERA CAOPAS, S.A. de C.V., <br><br> Plaintiff, <br><br> v. <br><br> THE M/V CSL ACADIAN, IMO NO. 8009571, HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*; and THE CSL GROUP; CSL INTERNATIONAL, INC.; CANADA STEAMSHIP LINES; FB SHIPPING, INC., *in personam*; <br><br> Defendants. | CASE NO. C 07-04722 WHA <br><br> *AMEMDED* DECLARATION OF TIMOTHY R. LORD THAT DEFENDANT CANNOT BE FOUND WITHIN THE DISTRICT |

I, Timothy R. Lord, declare as follows:

1.  I am an attorney at law, duly authorized to practice before all of the courts of the State of California, and am a partner in the law firm of Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for Plaintiff COMPANIA MINERA CAOPAS, S.A. de C.V. I am personally familiar with the facts set forth herein and, if called upon as a witness, I could and would competently testify to the following facts based upon my personal knowledge.

///

4842-1745-4081.1                -1-
*AMENDED* DECLARATION OF TIMOTHY LORD

2. On October 17, 2007, I personally checked the 2007 list of active corporations in the State of California and found no listing for defendants M/V CSL ACADIAN, THE CSL GROUP, CSL INTERNATIONAL, INC., CANADA STEAMSHIP LINES or FB SHIPPING, INC.

3. On October 17, 2007, I personally contacted directory assistance operators for M/V CSL ACADIAN, THE CSL GROUP, CSL INTERNATIONAL, INC., CANADA STEAMSHIP LINES and FB SHIPPING, INC. and was advised that there was no listing for these defendants in any of the cities within the jurisdiction of this Court.

In accordance with 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of October, 2007, at San Francisco, California.

/s/ Timothy R. Lord
Timothy R. Lord

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580