I, Gil Schipani, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of Beacon Hill Research, Inc., and is not a party to this action.

That on the 23rd day of October 2007, at approximately the time of 4:30 PM, I served Amended Verified Complaint, Amended Declaration of Aguirre, Amended Declaration of Lord, Reassignment Order, Clerk's NTC Scheduling and Supplemental Order upon Bernardo Montanez a person authorized to accept, Prentice Hall Corporation, registered agent for CSL International. Service occurred at 84 State Street Boston, MA 02109.

*[signature]*
Gil J. Schipani

Subscribed and sworn to before me, Kim McCarthy, this 24th day of October 2007.

*[signature]*
Notary Public

Kimberly A. McCarthy
Notary Public
Commonwealth of Massachusetts
My Commission Expires
August 15, 2014