1  JOHN D. GIFFIN, CASB NO. 89608
   KEESAL, YOUNG & LOGAN
2  A Professional Corporation
   Four Embarcadero Center
3  Suite 1500
4  San Francisco, California 94111
   Telephone:  (415) 398-6000
5  Facsimile:   (415) 981-0136

6
   Attorney for:
7  FB Shipping, Inc.

8
                    UNITED STATED DISTRICT COURT
9
10                   NORTHERN DISTRICT CALIFORNIA

11
12
13 COMPANIA MINERA CAOPAS, S.A. de  )  Case No. C 07 4722 (JCS)
   C.V.,                           )
14                                 )  **CLAIM TO VESSEL BY OWNER**
                    Plaintiff,     )
15                                 )
                                   )
16          vs.                    )
                                   )
17 M/V CSL ACADIAN, her engines, tackle )
   and appurtenances, *in rem* et. al.  )
18                                 )
                    Defendants.    )
19 _____)

20
21         Claimant FB Shipping, Inc., through its undersigned counsel, making a
22 restricted appearance under Supplemental Rule E(8) of the Federal Rules of Civil
23 Procedure, solely for the purpose of defending claims against the defendant vessel M/V
24 CSL ACADIAN and making claim to the vessel, her tackle, equipment and
25 appurtenances.  Appearance is made without waiving FB Shipping, Inc.'s defense that
26 neither it nor the defendants CSL Group, Inc., CSL International Inc., or Canada
27 Steamship Lines, Inc. are subject to the jurisdiction of the court, and without waiving
28 contest of venue or sufficiency of process or service over the in personam defendants.

1  FB Shipping, Inc. hereby states its interest and right as owner of the M/V CSL
2  ACADIAN, her engines, tackle, apparel, equipment and furnishings, and the claimant
3  states that it was at the time of the filing of the complaint herein, and still is, the true
4  and bona fide sole owner of the vessel and that no other person is the owner thereof.

DATED at San Francisco, California this 1st day of November, 2007.

DATED: November 1, 2007

_____
JOHN D. GIFFIN
Attorney for FB Shipping, Inc.

State of California

County of San Francisco

Subscribed and sworn to before me on this 1st day of November, 2007, by JOHN D. GIFFIN, personally known to me to be the person who appeared before me.



_____
NOTARY PUBLIC, State of California
My Commission Expires: July 25, 2008

- 2 -

KYL_SF457582

CLAIM TO VESSEL BY OWNER - Case No. C 07 4722 (JCS)