1  JOHN D. GIFFIN, CASB NO. 89608
   KEESAL, YOUNG & LOGAN
2  A Professional Corporation
   Four Embarcadero Center
3  Suite 1500
   San Francisco, California 94111
4  Telephone:  (415) 398-6000
5  Facsimile:  (415) 981-0136

6
   Attorney for:
7  FB Shipping, Inc.

8
                    UNITED STATED DISTRICT COURT
9
10                  NORTHERN DISTRICT CALIFORNIA

11
12

13  COMPANIA MINERA CAOPAS, S.A. de    )   Case No. C 07 4722 (JCS)
    C.V.,                              )
14                                     )
                          Plaintiff,   )
15                                     )   **RESTRICTED APPEARANCE**
              vs.                      )
16                                     )
    M/V CSL ACADIAN, her engines, tackle )
17  and appurtenances, *in rem* et. al.  )
                                       )
18                        Defendants.  )
19  ─────────────────────────────

20

21      The Clerk will please note our restricted appearance as attorneys for Claimant FB

22  SHIPPING, INC., which appears in this action solely to defend the claims against the

23
    Defendant vessel M/V CSL ACADIAN, as it is entitled to do under Supplemental Rule
24
    E(8), Federal Rules of Civil Procedure.  By entering this restricted appearance, the
25
26  Claimant does not waive any defenses that it or the vessel may have to Plaintiffs' claims

27  as stated in this matter.

28

DATED at San Francisco, California this 1st day of November, 2007.

DATED: November 1, 2007

/s/ John Giffin
JOHN D. GIFFIN
Attorney for FB SHIPPING, INC.