1  JOHN D. GIFFIN, CASB NO. 89608
   KEESAL, YOUNG & LOGAN
2  A Professional Corporation
   Four Embarcadero Center
3  Suite 1500
4  San Francisco, California 94111
   Telephone:  (415) 398-6000
5  Facsimile:   (415) 981-0136

6
   Attorney for:
7  FB Shipping, Inc. and
8  M/V CSL ACADIAN, *in rem*

## UNITED STATED DISTRICT COURT

## NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| COMPANIA MINERA CAOPAS, S.A. de C.V., | Case No. C 07 04722 (WHA) |
| Plaintiff, | **ANSWER TO AMENDED VERIFIED COMPLAINT** |
| vs. | |
| M/V CSL ACADIAN, her engines, tackle and appurtenances, *in rem* et. al. | |
| Defendants. | |

On behalf of *in rem* Defendant the M/V CSL ACADIAN, Claimant FB SHIPPING, INC., having made a restricted appearance, responds to Plaintiff's Amended Complaint as follows:

1.  Defendant M/V CSL ACADIAN admits Paragraphs 13, 14, 15, 19, 21, 22 and 25 of Plaintiff's Amended Complaint.

2.  Defendant M/V CSL ACADIAN denies, in their entirety, the allegations contained in Paragraphs 1, 2, 4, 5, 6, 7, 8, 10, 16, 17, 18, 23, 26, 28, 29 (duplicate), 31, 32, 33, 34, 36, 37, 38, 40 and 42 of Plaintiff's Amended Complaint.

3. FB Shipping, Inc., has insufficient information to respond to those allegations contained in Paragraphs 11, 12 and 24 of Plaintiff's First Amended Complaint and therefore based upon its lack of information and belief, Defendant M/V CSL ACADIAN denies the allegations contained therein in their entirety.

4. To the extent that the Plaintiff incorporates by reference allegations contained in Paragraphs 27, 29 (duplicate), 30, 35 and 39 in the Amended Complaint, so does Defendant M/V CSL ACADIAN incorporate herein its responses thereto.

5. In response to Paragraph 3 of the Amended Complaint, FB Shipping, Inc. as Claimant admits that the Defendant M/V CSL ACADIAN will be within this judicial district during the pendency of this action. All other allegations contained therein are denied.

6. In response to Paragraph 9 of the Amended Complaint, FB Shipping, Inc., as Claimant, admits that the M/V CSL ACADIAN will be present within this judicial district during the pendency of this action. All other allegations contained therein are denied.

7. In response to Paragraph 20 of the Amended Complaint, FB Shipping, Inc. as Claimant admits that at the time of the incident alleged in the Amended Complaint, it was and is the owner of the M/V CSL ACADIAN. All other allegations therein are denied in their entirety.

8. In response to Paragraph 41 of the Amended Complaint, FB Shipping, Inc., as Claimant, admits that the Defendants, with the exception of the M/V CSL ACADIAN, are not within the jurisdiction of this Court. All other allegations contained therein are denied in their entirety.

**AFFIRMATIVE DEFENSES**

9. FOR ITS FIRST AFFIRMATIVE DEFENSE, Defendant M/V CSL ACADIAN states that the Northern District of California is an inconvenient and otherwise improper forum for these proceedings. Neither Plaintiff nor the alleged

incident have any connection to the United States. This Court should decline jurisdiction under the doctrine of *forum non conveniens.*

10. FOR ITS SECOND AFFIRMATIVE DEFENSE, Defendant M/V CSL ACADIAN states, on information and belief, the Plaintiff was not the owner of the structure which is alleged in the Complaint to have been damaged and therefore Plaintiff lacks standing to assert those claims alleged in the Amended Complaint.

11. FOR ITS THIRD AFFIRMATIVE DEFENSE, Defendant M/V CSL ACADIAN states that Plaintiff's Complaint fails to state a claim upon which relief may be granted.

12. FOR ITS FOURTH AFFIRMATIVE DEFENSE, Defendant M/V CSL ACADIAN states that Plaintiff's claims against CSL International, Inc., the CSL Group and Canada Steamship Lines are improper, as those companies, at all relevant times, did not own or operate the M/V CSL ACADIAN.

13. FOR ITS FIFTH AFFIRMATIVE DEFENSE, Defendant M/V CSL ACADIAN states that the incident as alleged in Plaintiff's Complaint does not give rise to a maritime lien against the M/V CSL ACADIAN.

14. FOR ITS SIXTH AFFIRMATIVE DEFENSE, Defendant M/V CSL ACADIAN asserts that Defendants' liability, if any, is limited to Defendants' interest in the vessel M/V CSL ACADIAN at the end of her voyage in question, plus pending freight, pursuant to 46 U.S.C. § 183.

15. FOR ITS SEVENTH AFFIRMATIVE DEFENSE, Defendant M/V CSL ACADIAN states that Plaintiff failed to mitigate its alleged damages, and its recovery herein, if any, should be diminished in an amount equivalent to that portion of damages which Plaintiff could have mitigated.

DATED: November 14, 2007

/s/ John D. Giffin
JOHN D. GIFFIN
KEESAL YOUNG & LOGAN
Attorneys for Claimant FB SHIPPING, INC. and the M/V CSL ACADIAN, *in rem*