```
 1  JOHN D. GIFFIN, CASB NO. 89608
    KEESAL, YOUNG & LOGAN
 2  A Professional Corporation
    Four Embarcadero Center
 3  Suite 1500
    San Francisco, California 94111
 4  Telephone:  (415) 398-6000
    Facsimile:  (415) 981-0136
 5
 6
    Attorney for:
 7  FB Shipping, Inc. *appearing specially* and CSL International, Inc. *appearing specially*
 8
                         UNITED STATED DISTRICT COURT
 9
10                        NORTHERN DISTRICT CALIFORNIA
11
12
13  COMPANIA MINERA CAOPAS, S.A. de  )  Case No. C 07 04722 (WHA)
    C.V.,                            )
14                                   )  **FORM OF CERTIFICATION**
                         Plaintiff,  )  **PURSUANT TO CIVIL L.R. 3-16**
15                                   )
        vs.                          )
16                                   )
    M/V CSL ACADIAN, her engines, tackle )
17  and appurtenances, *in rem*; and CSL )
    INTERNATIONAL, INC. THE CSL      )
18  GROUP; CANADA STEAMPSHIP LINES;  )
    FB SHIPPING, INC.; *in personam*; )
19
20                       Defendants.
21  _____
22      On behalf of Defendants FB SHIPPING, INC. and CSL INTERNATIONAL INC.,
23  appearing specially, pursuant to Civil L.R. 3-16, the undersigned certifies that the
24  following listed persons, associations of persons, firms, partnerships, corporations, or
25  other entities (i) have a financial interest in the subject matter in controversy or in a
26  party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a
27  party that could be substantially affected by the outcome of this proceeding:
28      (1)   FB Shipping, Inc., Party, Owner of M/V CSL Acadian
```

1  (2) The United Kingdom Mutual Steamship Assurance Association (Bermuda)
2  Ltd., Insurer, Insurance Provider for M/V CSL Acadian

DATED: December 13, 2007

/s/ John D. Giffin
JOHN D. GIFFIN
KEESAL YOUNG & LOGAN
Attorneys for Claimant FB SHIPPING,
INC. and CSL INTERNATIONAL, INC.