| | |
|---|---|
| 1 | TIMOTHY R. LORD, SB# 213062 |
| 2 | E-Mail: lord@lbbslaw.com<br>LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 3 | One Sansome Street, Suite 1400<br>San Francisco, California 94104 |
| 4 | Telephone: (415) 362-2580 |
| 5 | Facsimile: (415) 434-0882 |
| 6 | Attorneys for Plaintiff |
| 7 | COMPANIA MINERA CAOPAS, S.A. de C.V. |
| 8 | JOHN D. GIFFIN, SB# 89608 |
| 9 | KEESAL YOUNG & LOGAN<br>4 Embarcadero Center, Suite 1500 |
| 10 | San Francisco, CA 94111 |
| 11 | Attorneys for Defendant |
| 12 | FB SHIPPING INC., making a restricted appearance and<br>CSL INTERNATIONAL, INC. appearing specially |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMPANIA MINERA CAOPAS, S.A. de C.V., | CASE NO. C 07-04722 WHA |
| Plaintiff, | **REPORT OF THE PARTIES AND PROPOSED DISCOVERY PLAN PURSUANT TO RULE 26(f), FED. R. CIV. P.** |
| v. | |
| THE M/V CSL ACADIAN (IMO NO.8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*; and CSL INTERNATIONAL, INC., THE CSL GROUP; CANADA STEAMSHIP LINES; FB SHIPPING, INC.; *in personam*; | **IN ADMIRALTY** |
| Defendants. | |

  Plaintiff COMPANIA MINERA CAOPAS, S.A. de C.V. ("Plaintiff") and FB SHIPPING INC., making a restricted appearance and CSL INTERNATIONAL, INC. appearing specially (collectively "the parties") having conferred through their respective counsels hereby submit the following Report of the Conference of the Parties and Proposed Discovery Plan Pursuant to Rule 26(f), Fed. R. Civ. P.

  A. The parties have or will serve their Initial Disclosures prior to the Case Management Conference on December 20, 2007.

  B. Plaintiff will undertake discovery, *inter alia*, encompassing the scope of the following issues:

    1) Whether defendants jurisdictional and venue claims have merit;

    2) The factual and legal issues related to the basis for each of the answering defendants' affirmative defenses;

    3) Factual issues related to the cause of the allision;

    4) Factual issues related to damages to the CMC Terminal caused by the allision.

  Defendants intend to take discovery in Mexico of various witnesses including persons familiar with the berthing and docking of the M/V CSL ACADIAN on May 27, 2007, as well as persons familiar with the condition of the structure prior to the docking of the vessel and subsequent repairs made to the structure. Defendant will propound written discovery including interrogatories and requests for production of documents. Further Defendants anticipate that it will be necessary for expert witnesses to inspect the dock in Punta Santa Maria, Mexico.

  **Plaintiff believes all discovery can be completed by June 30, 2008.**

  **Defendant believes all discovery can be completed by September 30, 2008.**

  C. The parties agree to conduct discovery, including the production of documents electronic or otherwise, in accordance with the Federal and this District's

1  Local Rules as well as this Court's Supplemental Order to Order Setting Initial Case
2  Management Conference, including allowing the parties access to discoverable
3  information in possession of Defendants over which this court has jurisdiction.
4      D.    The parties agree to assert all claims of privilege and move to compel
5  production thereof in accordance with the Federal and this District's Local Rules as well
6  as this Court's Supplemental Order to Order Setting Initial Case Management
7  Conference.
8      E.    Modification of the Limits on Discovery:
9      **Plaintiff's Position:**
10     In order to determine the merits of the jurisdictional defenses claimed by
11 defendants, it will be necessary for Plaintiff to propound extensive initial and follow-up
12 written discovery on and depose representatives of each of the named defendants and
13 other related entities, foreign or otherwise.  Plaintiff estimates there may be as many as
14 10 such entities including Defendants.
15     In order to determine the merits of the liability defenses claimed by Defendants, it
16 will be necessary for Plaintiff to propound initial and follow-up written discovery on and
17 depose persons and entities that have discoverable information including the foreign-
18 based crew of *in rem* Defendant the M/V CSL ACADIAN and numerous other employees
19 of defendants and third-party percipient witnesses and entities, foreign and otherwise.
20 Plaintiff estimates there may be as many as 35 such persons and entities not including
21 Defendants.
22     In order to establish its claim for damages to its terminal structure, and to
23 determine the merits of Defendants defenses thereto, it will be necessary for Plaintiff to
24 propound initial and follow-up written discovery on and depose persons and entities,
25 foreign and otherwise, that have discoverable information including non-party percipient
26 witnesses involved in the inspection, design, repair and construction of the terminal
27 structure.  Plaintiff estimates there may be as many as 25 such persons and entities not
28 including Defendants.

1      Accordingly, Plaintiff anticipates the need to modify upwards the limitations on the amount of discovery as stated in the Federal Rules to accommodate the above anticipated discovery.

**Defendants Position:**

Defendants do not at this time anticipate the need for additional discovery outside the limits stated in the Federal Rules.

F.     At this time, the parties do not request the issuance of any other orders under Rule 26(c) or under Rule 16(b) and (c), Fed. R. Civ.

DATED: December 13, 2007      LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    /s/ Timothy R. Lord
Timothy R. Lord
Attorneys for Plaintiff
COMPANIA MINERA CAOPAS, S.A. de C.V.

DATED: December 13, 2007      KEESAL, YOUNG & LOGAN

By:    /s/ John D. Giffin
John D. Giffin
Attorneys for Defendants
FB SHIPPING INC., making a restricted appearance and
CSL INTERNATIONAL, INC., appearing specially