| | |
|---|---|
| 1 | TIMOTHY R. LORD, SB# 213062 |
| | E-Mail: lord@lbbslaw.com |
| 2 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| | One Sansome Street, Suite 1400 |
| 3 | San Francisco, California 94104 |
| | Telephone:    (415) 362-2580 |
| 4 | Facsimile:    (415) 434-0882 |
| 5 | Attorneys for Plaintiff |
| | COMPANIA MINERA CAOPAS, S.A. de C.V. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMPANIA MINERA CAOPAS, S.A. de C.V., <br><br> Plaintiff, <br><br> v. <br><br> THE M/V CSL ACADIAN (IMO NO.8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*; and CSL INTERNATIONAL, INC., THE CSL GROUP; CANADA STEAMSHIP LINES; FB SHIPPING, INC.; *in personam*; <br><br> Defendants. | CASE NO. C 07-04722 WHA <br><br> **IN ADMIRALTY** <br><br> **REQUEST FOR AUTHORIZATION OF SERVICE OF PROCESS OF SUMMONS AND AMENDED COMPLAINT UPON FOREIGN DEFENDANTS BY CLERK OF THE COURT PURSUANT TO RULES 4(f) AND (h), FED. R. CIV. P. AND DECLARATION OF TIMOTHY R. LORD** <br><br> **(SERVICE BY REGISTERED INTERNATIONAL MAIL BY CLERK OF THE COURT UPON *IN PERSONAM* DEFENDANTS)** |

Plaintiff COMPANIA MINERA CAOPAS, S.A. de C.V. requests that this Court issue and Order in the form of that proposed and filed herewith, authorizing the Clerk of the Court to serve the Summons and Amended Complaint filed by plaintiff in this action upon the *in personam* defendants FB SHIPPING, INC., CSL INTERNATIONAL, INC., CANADA STEAMSHIP LINES and THE CSL GROUP via registered international mail at their foreign addresses.

Defendants, The CSL Group and Canada Steamship Lines, Inc. have not made appearance in this action. Although defendant FB Shipping, Inc. has filed a Claim of Owner and Answer on behalf of the *in rem* defendant M/V CSL ACADIAN, it has designated its appearance as

1  "Restricted" and has not otherwise appeared or filed an Answer on its own behalf. Similarly, CSL
2  International, Inc. purports to have made only a "special appearance" in the action.
3      Upon information and belief, *in personam* defendants FB Shipping, Inc. and CSL
4  International, Inc. are (or are purported to be) entities incorporated in or with headquarters located
5  in Barbados. Upon information and belief, *in personam* defendants The CSL Group and Canada
6  Steamship Lines, Inc. are (or are purported to be) entities incorporated in or with headquarters
7  located in Canada.
8      The United States, Barbados and Canada are all parties to the Hague Convention on
9  Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters (20
10 U.S.T. 361, T.I.A.S. 6638; 28 U.S.C. (Appendix following Rule 4, Fed. R. Civ. P.); 16 I.L.M.
11 1339 (1977)). The Hague Service Convention provides, *inter alia*, for service by international
12 registered mail unless the relevant country has reserved its rights for such service. *See Brockmeyer*
13 *v. May*, 383 F.3d 798, 804-805 (9th Cir. 2004).
14     Accordingly, and for the reasons stated below, plaintiff requests that pursuant to Rules
15 4(h)(2) and 4(f)(2), (3), Fed. R. Civ. P. governing service of process upon foreign corporations an
16 Order issue from this Court authorizing the Clerk of Court to serve the Summons and Amended
17 Complaint via registered international mail upon each of the *in personam* defendants at the above
18 addresses and as stated on the attached Summons. See Exhibit A attached to the Declaration of
19 Timothy R. Lord, filed herewith.
20     Rule 4(h)(2), Fed. R. Civ. P. provides that service on a foreign corporation, partnership, or
21 unincorporated association may be made in accordance with the procedures set forth in Rule 4(f),
22 Fed. R. Civ. P. In *Brockmeyer*, the United States Court of Appeals for the Ninth Circuit discussed
23 in detail the various provisions of Rule 4(f), including the international mail provisions of Rule
24 4(f)(2)(C)(ii) stating:
25     This rule authorizes service abroad by mail for which a signed receipt is
       required, when such mail is addressed and mailed by the clerk of the
26     federal district court in which the suit files. It provides:
27     (f) [S]ervice . . . may be effected in a place not within any judicial district
       of the United States:
28     . . .

>   (2) if there is no internationally agreed means of service or the applicable international agreement allows other means of service, provided that the service is reasonably calculated to give notice:
>
>   . . .
>
>   (C) unless prohibited by the law of the country, by
>
>   . . .
>
>   (ii) *any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the party to be served [.]*

*Id.* at 804-05 (*emphasis in original*).

As stated by the *Brockmeyer* Court, "Rule 4(f)(3)[, Fed. R. Civ. P.](previously Rule 4(i)(1)(E)) affirmatively authorizes the federal district court to direct any form of service that is not prohibited by an international agreement. It provides:

>   (f) [S]ervice . . . may be effected in a place not within any judicial district of the United States:
>
>   . . .
>
>   (3) by other means not prohibited by international agreement as may be directed by the court.

*Id.* at 805 (*emphasis added*). Further, the Ninth Circuit in *Brockmeyer*, held that "[t]he decision whether to allow alternative methods of serving process under Rule 4(f)(3) is committed to the "'sound discretion of the district court.'" *Id.* at 805 (*quoting Rio Props., Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1016 (9th Cir.2002)).

For the reasons set forth above, plaintiff COMPANIA MINERA CAOPAS, S.A. de C.V. requests that the Court issue an Order in the form of that proposed and filed herewith authorizing the Clerk of Court to serve process upon the *in personam* defendants via registered international mail at the following addresses:

FB Shipping, Inc.  
Parker House  
Wildy Business Park  
Wildy Road  
St Michael, Barbados

CSL International, Inc  
Wildy Business Park  
Wildy Road  
St Michael, Barbados

Canada Steamship Lines  
759 Victoria Square  
Montreal  
Quebec H2Y2K3  
Canada

The CSL Group  
759 Victoria Square  
Montreal  
Quebec H2Y2K3  
Canada

/ / /

/ / /

REQUEST FOR SERVICE OF SUMMONS AND COMPLAINT

DATED: December 19, 2007         LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Timothy R. Lord
Attorneys for Plaintiff
COMPANIA MINERA CAOPAS, S.A. de C.V.

4816-3272-4994.1

-4-

REQUEST FOR SERVICE OF SUMMONS AND COMPLAINT