1  TIMOTHY R. LORD, SB# 213062
     E-Mail: lord@lbbslaw.com
2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone:   (415) 362-2580
4  Facsimile:   (415) 434-0882

5  Attorneys for Plaintiff
   COMPANIA MINERA CAOPAS, S.A. de C.V.

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

| | |
|---|---|
| COMPANIA MINERA CAOPAS, S.A. de C.V.,<br><br>Plaintiff,<br><br>v.<br><br>THE M/V CSL ACADIAN (IMO NO.8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*; and CSL INTERNATIONAL, INC., THE CSL GROUP; CANADA STEAMSHIP LINES; FB SHIPPING, INC.; *in personam*;<br><br>Defendants. | CASE NO. C 07-04722 WHA<br><br>**IN ADMIRALTY**<br><br>**DECLARATION OF TIMOTHY R. LORD IN SUPPORT OF REQUEST FOR AUTHORIZATION OF SERVICE OF PROCESS OF SUMMONS AND AMENDED COMPLAINT UPON FOREIGN DEFENDANTS BY CLERK OF THE COURT PURSUANT TO RULES 4(f) AND (h), FED. R. CIV. P.**<br><br>(SERVICE BY REGISTERED INTERNATIONAL MAIL BY CLERK OF THE COURT UPON *IN PERSONAM* DEFENDANTS) |

   I, Timothy R. Lord, declare:

   1.   I am an attorney duly licensed to practice in all of the courts of the State of California and am a member of Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for plaintiff COMPANIA MINERA CAOPAS, S.A. de C.V. herein. The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto.

   2.   Attached hereto as **Exhibit A** are true and correct copies of the Summons to be issued to the *in personam* defendants and the Amended Verified Complaint on file in this action.

   ///

4835-7206-6562.1                    -1-
                        DECLARATION OF TIMOTHY R. LORD

1      I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct and that this Declaration was executed on December 19, 2007, at San
3  Francisco, California.

*[signature]*

Timothy R. Lord