1  TIMOTHY R. LORD, SB# 213062
      E-Mail: lord@lbbslaw.com
2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
3  San Francisco, California  94104
   Telephone:     (415) 362-2580
4  Facsimile:     (415) 434-0882

5  Attorneys for Plaintiff
   COMPANIA MINERA CAOPAS, S.A. de C.V.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| COMPANIA MINERA CAOPAS, S.A. de C.V., | ) CASE NO. C 07-04722 WHA |
|---|---|
| Plaintiff, | ) **IN ADMIRALTY** |
| v. | ) *[PROPOSED]* **ORDER GRANTING REQUEST FOR AUTHORIZATION OF SERVICE OF PROCESS OF SUMMONS AND AMENDED COMPLAINT UPON FOREIGN DEFENDANTS BY CLERK OF THE COURT PURSUANT TO RULES 4(f) AND (h), FED. R. CIV. P.** |
| THE M/V CSL ACADIAN (IMO NO.8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*; and CSL INTERNATIONAL, INC., THE CSL GROUP; CANADA STEAMSHIP LINES; FB SHIPPING, INC.; *in personam*; | |
| Defendants. | ) **(SERVICE BY REGISTERED INTERNATIONAL MAIL BY CLERK OF THE COURT UPON *IN PERSONAM* DEFENDANTS)** |

WHEREFORE, *in personam* Defendants FB Shipping, Inc., The CSL Group and Canada Steamship Lines have not appeared or answered on their behalf in this action, and Defendant CSL International, Inc. has made only a qualified appearance; and

WHEREFORE Plaintiff COMPANIA MINERA CAOPAS, S.A. de C.V. requests that pursuant to Rules 4(h)(2), 4(f)(2)(C)(ii) and 4(f)(3), Fed. R. Civ. P. the Court authorize the Clerk of the Court to serve the Summons and Amended Complaint via registered international mail upon each of these defendants, and good cause appearing to exist, it is

///

ORDERED that, pursuant to Rule 4(f)(2)(C)(ii), Fed. R. Civ. P. the Clerk shall cause to be mailed via registered international mail two copies of the appropriate Summons and two copies of the Amended Complaint upon defendant FB Shipping, Inc. at the address stated in the Request and upon the Summons attached thereto; and it is further

ORDERED that, pursuant to Rule 4(f)(2)(C)(ii), Fed. R. Civ. P. the Clerk shall cause to be mailed via registered international mail two copies of the appropriate Summons and two copies of the Amended Complaint upon defendant CSL International, Inc., at the address stated in the Request and upon the Summons attached thereto; and it is further

ORDERED that, pursuant to Rule 4(f)(2)(C)(ii), Fed. R. Civ. P. the Clerk shall cause to be mailed via registered international mail two copies of the appropriate Summons and two copies of the Amended Complaint upon defendant Canada Steamship Lines, Inc. at the address stated in the Request and upon the Summons attached thereto; and it is further

ORDERED that, pursuant to Rule 4(f)(2)(C)(ii), Fed. R. Civ. P. the Clerk shall cause to be mailed via registered international mail two copies of the appropriate Summons and two copies of the Amended Complaint upon defendant The CSL Group, at the address stated in the Request and upon the Summons attached thereto; and it is further

ORDERED that plaintiff COMPANIA MINERA CAOPAS, S.A. de C.V. through its undersigned counsel provide appropriate assistance to the Clerk as may be necessary, including obtaining conformed copies of the Summons, payment or reimbursement of any expenses incurred as a result of complying with this related to compliance with this Order.

**IT IS SO ORDERED.**

Dated: _____

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

4819-7823-1042.1

[PROPOSED] ORDER GRANTING REQUEST FOR SERVICE OF SUMMONS AND COMPLAINT