**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: December 20, 2007

Case No.  C 07-04722 WHA

Title: COMPANIA MINERA  v. M/V CSL ACADIAN

Plaintiff Attorneys: Timothy Lord

Defense Attorneys: Garrett Wynne

Deputy Clerk:  Dawn Toland              Court Reporter: Joan Columbini

**PROCEEDINGS**

1)   CMC - HELD

2)

Complete Initial Disclosures (Rule 26): 1/31/08

Discovery Cutoff: 9/19/08

Designation of Experts: 9/19/08

Last Day to File Motion: 11/6/08

Continued to  **n/a**  for Further Case Management Conference

Continued to  **1/12/09 at 2:00 pm**  for Pretrial Conference

Continued to  **1/26/09 at 7:30 am**  for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.