1    TIMOTHY R. LORD, SB# 213062
         E-Mail: lord@lbbslaw.com
2    **LEWIS BRISBOIS BISGAARD & SMITH LLP**
     One Sansome Street, Suite 1400
3    San Francisco, California  94104
     Telephone:    (415) 362-2580
4    Facsimile:     (415) 434-0882

5    Attorneys for Plaintiff
     COMPANIA MINERA CAOPAS, S.A. de C.V.

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12   COMPANIA MINERA CAOPAS, S.A. de    ) CASE NO. C 07-04722 WHA
     C.V.,                              )
13                                      ) **IN ADMIRALTY**
                Plaintiff,              )
14                                      ) *[PROPOSED]* **ORDER GRANTING**
         v.                             ) **REQUEST FOR AUTHORIZATION OF**
15                                      ) **SERVICE OF PROCESS OF SUMMONS**
     THE M/V CSL ACADIAN (IMO NO.8009571,) **AND AMENDED COMPLAINT UPON**
16   HER ENGINES, TACKLE, FURNITURE,    ) **FOREIGN DEFENDANTS BY CLERK OF**
     MACHINERY, EQUIPMENT AND           ) **THE COURT PURSUANT TO RULES 4(f)**
17   APPURTENANCES AND FREIGHTS, ETC.,  ) **AND (h), FED. R. CIV. P.**
     *in rem*; and CSL INTERNATIONAL, INC., )
18   THE CSL GROUP; CANADA STEAMSHIP    ) **(SERVICE BY REGISTERED**
     LINES; FB SHIPPING, INC.; *in personam*; ) **INTERNATIONAL MAIL BY CLERK OF**
19                                      ) **THE COURT UPON *IN PERSONAM***
                Defendants.             ) **DEFENDANTS)**
20   _____)

21          WHEREFORE, *in personam* Defendants FB Shipping, Inc., The CSL Group and Canada

22   Steamship Lines have not appeared or answered on their behalf in this action, and Defendant CSL

23   International, Inc. has made only a qualified appearance; and

24          WHEREFORE Plaintiff COMPANIA MINERA CAOPAS, S.A. de C.V. requests that

25   pursuant to Rules 4(h)(2), 4(f)(2)(C)(ii) and 4(f)(3), Fed. R. Civ. P. the Court authorize the Clerk

26   of the Court to serve the Summons and Amended Complaint via registered international mail upon

27   each of these defendants, and good cause appearing to exist, it is

28   / / /

1    ORDERED that, pursuant to Rule 4(f)(2)(C)(ii), Fed. R. Civ. P. the Clerk shall cause to be

2    mailed via registered international mail two copies of the appropriate Summons and two copies of

3    the Amended Complaint upon defendant FB Shipping, Inc. at the address stated in the Request and

4    upon the Summons attached thereto; and it is further

5    ORDERED that, pursuant to Rule 4(f)(2)(C)(ii), Fed. R. Civ. P. the Clerk shall cause to be

6    mailed via registered international mail two copies of the appropriate Summons and two copies of

7    the Amended Complaint upon defendant CSL International, Inc., at the address stated in the

8    Request and upon the Summons attached thereto; and it is further

9    ORDERED that, pursuant to Rule 4(f)(2)(C)(ii), Fed. R. Civ. P. the Clerk shall cause to be

10    mailed via registered international mail two copies of the appropriate Summons and two copies of

11    the Amended Complaint upon defendant Canada Steamship Lines, Inc. at the address stated in the

12    Request and upon the Summons attached thereto; and it is further

13    ORDERED that, pursuant to Rule 4(f)(2)(C)(ii), Fed. R. Civ. P. the Clerk shall cause to be

14    mailed via registered international mail two copies of the appropriate Summons and two copies of

15    the Amended Complaint upon defendant The CSL Group, at the address stated in the Request and

16    upon the Summons attached thereto; and it is further

17    ORDERED that plaintiff COMPANIA MINERA CAOPAS, S.A. de C.V. through its

18    undersigned counsel provide appropriate assistance to the Clerk as may be necessary, including

19    obtaining conformed copies of the Summons, payment or reimbursement of any expenses incurred

20    as a result of complying with this related to compliance with this Order.

21    **IT IS SO ORDERED.**

22

23    Dated:    December 21, 2007.

24                                                     IT IS SO ORDERED
                                                       Judge William Alsup

25    WILLIAM ALSUP
      UNITED STATES DISTRICT JUDGE

26

27

28

[PROPOSED] ORDER GRANTING REQUEST FOR SERVICE OF SUMMONS AND COMPLAINT