1  TIMOTHY R. LORD, SB# 213062
     E-Mail: lord@lbbslaw.com
2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone:   (415) 362-2580
4  Facsimile:   (415) 434-0882

5  Attorneys for Plaintiff
   COMPANIA MINERA CAOPAS, S.A. de C.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMPANIA MINERA CAOPAS, S.A. de C.V., <br><br> Plaintiff, <br><br> v. <br><br> THE M/V CSL ACADIAN (IMO NO.8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*; and CSL INTERNATIONAL, INC.; THE CSL GROUP; CANADA STEAMSHIP LINES; FB SHIPPING, INC.; CSL SELF-UNLOADER INVESTMENTS LTD.; V. SHIPS (U.K.), LTD.; V. SHIPS COMMERCIAL LIMITED, *in personam*; <br><br> Defendants. | CASE NO. C 07-04722 WHA <br><br> **IN ADMIRALTY** <br><br> **DECLARATION OF TIMOTHY R. LORD IN SUPPORT OF REQUEST FOR LEAVE TO AMEND PLEADING TO ADD DEFENDANTS CSL SELF-UNLOADER INVESTMENTS LTD., V. SHIPS (U.K.), LTD., V. SHIPS COMMERCIAL LIMITED AND TO CLARIFY STATUS** |

I, Timothy R. Lord, declare:

1.  I am an attorney duly licensed to practice in all of the courts of the State of California and am a member of Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for plaintiff COMPANIA MINERA CAOPAS, S.A. de C.V. herein. The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto.

///

///

2. Attached hereto as **Exhibit A** is a true and correct copy of the October 4, 2007 letter to Alfred Yudes, identified New York counsel for regarding Notice of Commencement of Action and Request for Waiver of Service of Summons for the CSL Defendants.

3. Attached hereto as **Exhibit B** is a true and correct copy of the letter of November 14, 2007 to John Giffin regarding Notice of Commencement of Action and Request for Waiver of Service of Summons for the CSL Defendants.

4. Attached hereto as **Exhibit C** is a true and correct copy of the UK P&I Club Certificate of Entry for the M/V CSL ACADIAN dated February 21, 2007.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on January 23, 2008, at San Francisco, California.

/s/
Timothy R. Lord