# EXHIBIT C

# DECLARATION OF TIMOTHY R. LORD IN SUPPORT OF REQUEST FOR LEAVE TO AMEND PLEADING TO ADD DEFENDANTS AND TO CLARIFY STATUS



Our Ref:
CE/7/320044

Certificate Number
320044

Date of Issue
21st February 2007

**UK P&I CLUB**

The Managers' London Agents
Thomas Miller P&I Ltd.
International House
26 Creechurch Lane
London EC3A 5BA

Tel: +44 20 7283 4646
Fax: +44 20 7621 9761
underwriting.ukclub@thomasmiller.com
www.ukpandi.com

# CERTIFICATE OF ENTRY

### Member(s)

The CSL Group Inc. as Parent Company
Canada Steamship Lines Inc. as Parent Company
CSL Self Unloader Investments Ltd. as Holding Company
FB Shipping Inc. as Owners
V. Ships (U.K) Ltd. and/or associated and/or subsidiary companies as Managers
V. Ships Commercial Limited as Commercial Managers

| Ship | Gross Tonnage | Entered Tonnage | IMO |
|---|---|---|---|
| CSL ACADIAN | 46,409 | 46,409 | 8009571 |

Period 20th February 2007 to 20th February 2008

We hereby certify that The United Kingdom Mutual Steam Ship Assurance Association (Bermuda) Limited has accepted the application made by or on behalf of the applicant(s) named as Member(s) above for entry for insurance in the Association of the ship specified above, such applicant(s) being accepted as Member(s) of the Association and the name(s) of the Member(s) being entered in the Register of Members.

This Certificate of Entry and the current Rules and Bye-Laws of the Association together form the contract of insurance between the Member(s) and the Association, and the cover provided by that insurance shall be as specified in this Certificate of Entry and in those Rules and Bye-Laws, and the cover afforded to each entered ship shall continue until such ship is sold or lost, or the ship withdrawn or the cover is otherwise terminated in accordance with Rules of the Association in force at the time of that withdrawal or termination.

This Certificate of Entry is evidence only of the contract of indemnity insurance between the above named Member(s) and the Association and shall not be construed as evidence of any undertaking, financial or otherwise, on the part of the Association to any other party.

In the event that a Member tenders this Certificate as evidence of insurance under any applicable law relating to financial responsibility, or otherwise shows or offers it to any other party as evidence of insurance, such use of this Certificate by the Member is not to be taken as any indication that the Association thereby consents to act as guarantor or to be sued directly in any jurisdiction whatsoever. The Association does not so consent.

Words used in this Certificate of Entry shall have the same meaning as that given to them in the Rules.

The United Kingdom Mutual Steam Ship Assurance Association (Bermuda) Limited Incorporated in Bermuda
Thomas Miller P&I Ltd. Registered in England No 1901414 as above. A Member of the Thomas Miller Group of Companies.