```
 1  TIMOTHY R. LORD, SB# 213062
       E-Mail: lord@lbbslaw.com
 2  LEWIS BRISBOIS BISGAARD & SMITH LLP
    One Sansome Street, Suite 1400
 3  San Francisco, California  94104
    Telephone:    (415) 362-2580
 4  Facsimile:    (415) 434-0882

 5  Attorneys for Plaintiff
    COMPANIA MINERA CAOPAS, S.A. de C.V.
 6

 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMPANIA MINERA CAOPAS, S.A. de C.V., <br><br> Plaintiff, <br><br> v. <br><br> THE M/V CSL ACADIAN (IMO NO.8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*; and CSL INTERNATIONAL, INC.; THE CSL GROUP; CANADA STEAMSHIP LINES; FB SHIPPING, INC.; CSL SELF-UNLOADER INVESTMENTS, LTD., V. SHIPS (U.K.), LTD., V. SHIPS COMMERCIAL LIMITED, *in personam*; <br><br> Defendants. | CASE NO. C 07-04722 WHA <br><br> **IN ADMIRALTY** <br><br> *[PROPOSED]* **ORDER GRANTING REQUEST FOR LEAVE TO AMEND PLEADINGS TO ADD DEFENDANTS CSL SELF-UNLOADER INVESTMENTS LTD., V. SHIPS (U.K.), LTD., V. SHIPS COMMERCIAL LIMITED AND CLARIFY STATUS** |

WHEREFORE the request of plaintiff COMPANIA MINERA CAOPAS, S.A. de C.V. for leave to amend to add parties and clarify status in the above-captioned Court was timely filed; and

WHEREFORE after consideration of the papers and pleadings on file and good cause appearing therefore, the Court grants the Request and the Second Amended Complaint is deemed filed as of the date of entry of this Order.

/ / /

4831-3258-9314.1                                                        -1-

**[PROPOSED] ORDER GRANTING REQUEST FOR LEAVE
TO AMEND PLEADING TO ADD DEFENDANTS**

1  **IT IS SO ORDERED.**

3  DATED: _____

5  _____
   HON. WILLIAM H. ALSUP
   UNITED STATES DISTRICT COURT JUDGE