| | |
|---|---|
| 1 | TIMOTHY R. LORD, SB# 213062 |
|   |   E-Mail: lord@lbbslaw.com |
| 2 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
|   | One Sansome Street, Suite 1400 |
| 3 | San Francisco, California  94104 |
|   | Telephone:    (415) 362-2580 |
| 4 | Facsimile:    (415) 434-0882 |
| 5 | Attorneys for Plaintiff |
|   | COMPANIA MINERA CAOPAS, S.A. de C.V. |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| COMPANIA MINERA CAOPAS, S.A. de C.V., | ) | CASE NO. C 07-04722 WHA |
| | ) | |
| Plaintiff, | ) | **IN ADMIRALTY** |
| | ) | |
| v. | ) | **REQUEST FOR AUTHORIZATION OF SERVICE OF PROCESS OF SUMMONS AND SECOND AMENDED COMPLAINT UPON FOREIGN DEFENDANTS BY CLERK OF THE COURT PURSUANT TO RULES 4(f) AND (h), FED. R. CIV. P. AND DECLARATION OF TIMOTHY R. LORD** |
| THE M/V CSL ACADIAN (IMO NO.8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*; and CSL INTERNATIONAL, INC., THE CSL GROUP, INC.; CANADA STEAMSHIP LINES; FB SHIPPING, INC., CSL SELF-UNLOADER INVESTMENTS, LTD., V. SHIPS (U.K.), LTD., V. SHIPS COMMERCIAL LIMITED; *in personam*; | ) | |
| | ) | **(SERVICE BY REGISTERED INTERNATIONAL MAIL BY CLERK OF THE COURT UPON *IN PERSONAM* DEFENDANTS)** |
| Defendants. | ) | |

Plaintiff COMPANIA MINERA CAOPAS, S.A. de C.V. requests that this Court issue an Order in the form of that proposed and filed herewith, authorizing the Clerk of the Court to serve the Summons and Second Amended Complaint filed by plaintiff in this action upon the *in personam* defendants CSL Self-Unloader Investments, Ltd., V. Ships (U.K.), Ltd. and V. Ships Commercial Limited via international registered mail at the following addresses:

/ / /

/ / /

```
1    CSL Self-Unloader Investments, Ltd.
     c/o Applebye law firm
2    Cannons Court
     22 Victoria Street
3    Hamilton HM11
     Bermuda
4
     V. Ships (U.K.), Ltd.
5    The Skypark, 8 Elliot Place
     Glasgow G3 8EP
6    United Kingdom

7    V. Ships Commercial Limited
     The Skypark, 8 Elliot Place
8    Glasgow G3 8EP
     United Kingdom
9
```

        Upon information and belief, *in personam* defendants V. Ships (U.K.), Ltd. and V. Ships Commercial Limited are (or are purported to be) entities incorporated in or with headquarters located in the United Kingdom. Upon information and belief, *in personam* defendant CSL Self-Unloader Investments, Ltd., is (or is purported to be) an entity incorporated in or with headquarters located in Bermuda.

        The United States, Bermuda and the United Kingdom are all parties to the Hague Convention on Service Abroad of Judicial and Extra-Judicial Documents in Civil or Commercial Matters (20 U.S.T. 361, T.I.A.S. 6638; 28 U.S.C. (Appendix following Rule 4, Fed. R. Civ. P.); 16 I.L.M. 1339 (1977)). The Hague Service Convention provides, *inter alia*, for service by international registered mail unless the relevant country has reserved its rights for such service. *See Brockmeyer v. May*, 383 F.3d 798, 804-805 (9th Cir. 2004).

        Accordingly, and for the reasons stated below, plaintiff requests that pursuant to Rules 4(h)(2) and 4(f)(2), (3), Fed. R. Civ. P. governing service of process upon foreign corporations an Order issue from this Court authorizing the Clerk of Court to serve the Summons and Amended Complaint via registered international mail upon each of the *in personam* defendants at the above addresses and as stated on the Summons, attached hereto as Exhibit A to the Declaration of Timothy R. Lord, filed herewith.

        Rule 4(h)(2), Fed. R. Civ. P. provides that service on a foreign corporation, partnership, or unincorporated association may be made in accordance with the procedures set forth in Rule 4(f),

Fed. R. Civ. P. In *Brockmeyer*, the United States Court of Appeals for the Ninth Circuit discussed in detail the various provisions of Rule 4(f), including the international mail provisions of Rule 4(f)(2)(C)(ii) stating:

> This rule authorizes service abroad by mail for which a signed receipt is required, when such mail is addressed and mailed by the clerk of the federal district court in which the suit files. It provides:
>
> (f) [S]ervice . . . may be effected in a place not within any judicial district of the United States:
> . . .
> (2) if there is no internationally agreed means of service or the applicable international agreement allows other means of service, provided that the service is reasonably calculated to give notice:
> . . .
> (C) unless prohibited by the law of the country, by
> . . .
> (ii) *any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the party to be served [.]*

*Id.* at 804-05 (*emphasis in original*).

As stated by the *Brockmeyer* Court, "Rule 4(f)(3)[, Fed. R. Civ. P.](previously Rule 4(i)(1)(E)) affirmatively authorizes the federal district court to direct any form of service that is not prohibited by an international agreement. It provides:

> (f) [S]ervice . . . may be effected in a place not within any judicial district of the United States:
> . . .
> (3) by other means not prohibited by international agreement as may be directed by the court.

*Id.* at 805 (*emphasis added*). Further, the Ninth Circuit in *Brockmeyer*, held that "[t]he decision whether to allow alternative methods of serving process under Rule 4(f)(3) is committed to the "'sound discretion of the district court.'" *Id.* at 805 (*quoting Rio Props., Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1016 (9th Cir.2002)).

For the reasons set forth above, plaintiff COMPANIA MINERA CAOPAS, S.A. de C.V. requests that the Court issue an Order in the form of that proposed and filed herewith authorizing the Clerk of Court to serve process upon *in personam* defendants via registered international mail at the following addresses:

/ / /

1  CSL Self-Unloader Investments, Ltd.
   c/o Applebye law firm
2  Cannons Court
   22 Victoria Street
3  Hamilton HM11
   Bermuda
4
   V. Ships (U.K.), Ltd.
5  The Skypark, 8 Elliot Place
   Glasgow G3 8EP
6  United Kingdom

7  V. Ships Commercial Limited
   The Skypark, 8 Elliot Place
8  Glasgow G3 8EP
   United Kingdom
9
   DATED: January 23, 2008             LEWIS BRISBOIS BISGAARD & SMITH LLP
10

11
                              By      /s/
12                                  Timothy R. Lord
                                    Attorneys for Plaintiff
13                                  COMPANIA MINERA CAOPAS, S.A. de C.V.

4819-9763-6866.1                    -4-
**REQUEST FOR SERVICE OF SUMMONS AND SECOND AMENDED COMPLAINT**