1
TIMOTHY R. LORD, SB# 213062
    E-Mail: lord@lbbslaw.com
2
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
3
San Francisco, California  94104
Telephone:    (415) 362-2580
4
Facsimile:    (415) 434-0882

5
Attorneys for Plaintiff
COMPANIA MINERA CAOPAS, S.A. de C.V.
6

7

8
UNITED STATES DISTRICT COURT

9
NORTHERN DISTRICT OF CALIFORNIA

10
SAN FRANCISCO DIVISION

11

| | |
|---|---|
| COMPANIA MINERA CAOPAS, S.A. de C.V., | CASE NO. C 07-04722 WHA |
| | **IN ADMIRALTY** |
| Plaintiff, | |
| | **DECLARATION OF TIMOTHY R. LORD IN SUPPORT OF REQUEST FOR AUTHORIZATION OF SERVICE OF PROCESS OF SUMMONS AND SECOND AMENDED COMPLAINT UPON FOREIGN DEFENDANTS BY CLERK OF THE COURT PURSUANT TO RULES 4(f) AND (h), FED. R. CIV. P.** |
| v. | |
| THE M/V CSL ACADIAN (IMO NO.8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*; and CSL INTERNATIONAL, INC., THE CSL GROUP, INC.; CANADA STEAMSHIP LINES; FB SHIPPING, INC., CSL SELF-UNLOADER INVESTMENTS, LTD., V. SHIPS (U.K.), LTD., V. SHIPS COMMERCIAL LIMITED; *in personam*; | |
| | **(SERVICE BY REGISTERED INTERNATIONAL MAIL BY CLERK OF THE COURT UPON *IN PERSONAM* DEFENDANTS)** |
| Defendants. | |

22
    I, Timothy R. Lord, declare:

23
    1.    I am an attorney duly licensed to practice in all of the courts of the State of

24
California and am a member of Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for

25
plaintiff COMPANIA MINERA CAOPAS, S.A. de C.V. herein.  The facts set forth herein are of

26
my own personal knowledge and if sworn I could and would testify competently thereto.

27
/ / /

28
/ / /

4847-7754-2914.1                                -1-
**DECLARATION OF TIMOTHY R. LORD**

1

2.      Attached hereto as **Exhibit A** are true and correct copies of the Summons to be

2 issued to each *in personam* defendants and the Second Amended Verified Complaint on file in this

3 action.

4      I declare under penalty of perjury that the foregoing is true and correct and that this

5 Declaration was executed on January 23, 2008, at San Francisco, California.

6

7                                          /s/

8                                Timothy R. Lord

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28