1  TIMOTHY R. LORD, SB# 213062
      E-Mail: lord@lbbslaw.com
2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone:    (415) 362-2580
4  Facsimile:    (415) 434-0882

5  Attorneys for Plaintiff
   COMPANIA MINERA CAOPAS, S.A. de C.V.
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

| | |
|---|---|
| COMPANIA MINERA CAOPAS, S.A. de C.V.,<br><br>Plaintiff,<br><br>v.<br><br>THE M/V CSL ACADIAN (IMO NO.8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*; and CSL INTERNATIONAL, INC., THE CSL GROUP, INC.; CANADA STEAMSHIP LINES; FB SHIPPING, INC., CSL SELF-UNLOADER INVESTMENTS, LTD., V. SHIPS (U.K.), LTD., V. SHIPS COMMERCIAL LIMITED, *in personam*;<br><br>Defendants. | CASE NO. C 07-04722 WHA<br><br>**IN ADMIRALTY**<br><br>*[PROPOSED]* **ORDER GRANTING REQUEST FOR AUTHORIZATION OF SERVICE OF PROCESS OF SUMMONS AND SECOND AMENDED COMPLAINT UPON FOREIGN DEFENDANTS BY CLERK OF THE COURT PURSUANT TO RULES 4(f) AND (h), FED. R. CIV. P.**<br><br>**(SERVICE BY REGISTERED INTERNATIONAL MAIL BY CLERK OF THE COURT UPON** |

22  WHEREFORE, the Request of Plaintiff COMPANIA MINERA CAOPAS, S.A. de C.V.

23  for leave to amend to add *in personam* defendants CSL SELF-UNLOADER INVESTMENTS,

24  LTD., V. SHIPS (U.K.), LTD. and V. SHIPS COMMERCIAL LIMITED as parties was granted;

25  and

26  WHEREFORE Plaintiff COMPANIA MINERA CAOPAS, S.A. de C.V. requests that

27  pursuant to Rules 4(h)(2), 4(f)(2)(C)(ii) and 4(f)(3), Fed. R. Civ. P. the Court authorize the Clerk

28

1  of the Court to serve the Summons and Second Amended Complaint via registered international
2  mail upon each of the defendants, and good cause appearing to exist, it is
3      ORDERED that, pursuant to Rule 4(f)(2)(C)(ii), Fed. R. Civ. P. the Clerk shall cause to be
4  mailed via registered international mail two copies of the appropriate Summons and two copies of
5  the Second Amended Complaint upon defendant CSL SELF-UNLOADER INVESTMENTS,
6  LTD. at the address stated in the Request and upon the Summons attached thereto; and it is further
7      ORDERED that, pursuant to Rule 4(f)(2)(C)(ii), Fed. R. Civ. P. the Clerk shall cause to be
8  mailed via registered international mail two copies of the appropriate Summons and two copies of
9  the Second Amended Complaint upon defendant V. SHIPS (U.K.), LTD., at the address stated in
10 the Request and upon the Summons attached thereto; and it is further
11     ORDERED that, pursuant to Rule 4(f)(2)(C)(ii), Fed. R. Civ. P. the Clerk shall cause to be
12 mailed via registered international mail two copies of the appropriate Summons and two copies of
13 the Second Amended Complaint upon defendant V. SHIPS COMMERCIAL LIMITED at the
14 address stated in the Request and upon the Summons attached thereto; and it is further
15     ORDERED that plaintiff COMPANIA MINERA CAOPAS, S.A. de C.V. through its
16 undersigned counsel provide appropriate assistance to the Clerk as may be necessary, including
17 obtaining conformed copies of the Summons, payment or reimbursement of any expenses incurred
18 as a result of complying with this related to compliance with this Order.
19     **IT IS SO ORDERED.**
20
21 Dated: _____
22
                                        _____
23                                      WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE