IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPANIA MINERA CAOPASS, S.A. de C.V.,<br><br>    Plaintiff,<br><br>  v.<br><br>THE M/V CSL ACADIAN (IMO NO. 8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*, and CSL INTERNATIONAL, INC., THE CSL GROUP, CANADA STEAMSHIP LINES, FB SHIPPING, INC., *in personam*,<br><br>    Defendants. | No. C 07-04722 WHA<br><br>**REQUEST FOR RESPONSE RE PLAINTIFF'S REQUEST FOR LEAVE TO AMEND PLEADING AND REQUEST FOR AUTHORIZATION OF SERVICE OF PROCESS OF SUMMONS** |

    The Court has received plaintiff's request for leave to amend pleading to add three additional defendants and request for authorization of service of summons and second amended complaint upon foreign defendants by the Clerk of the Court. Current defendants should respond to these requests by **THURSDAY, JANUARY 31, 2008**, at **NOON**.

    **IT IS SO ORDERED.**

Dated: January 24, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE