1 | TIMOTHY R. LORD, SB# 213062
    E-Mail: lord@lbbslaw.com
2 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    One Sansome Street, Suite 1400
3 | San Francisco, California 94104
    Telephone:   (415) 362-2580
4 | Facsimile:   (415) 434-0882

5 | Attorneys for Plaintiff
    COMPANIA MINERA CAOPAS, S.A. de C.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| COMPANIA MINERA CAOPAS, S.A. de C.V., | ) CASE NO. C 07-04722 WHA |
|---|---|
| Plaintiff, | ) **IN ADMIRALTY** |
| v. | ) **REPORT ON SERVICE OF PROCESS OF SUMMONS & COMPLAINT ON FOREIGN DEFENDANT BY THE CLERK OF COURT PURSUANT TO RULE 4(f)(2)(C)(ii) OF THE FED. R. CIV.P.** |
| THE M/V CSL ACADIAN (IMO NO.8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*; and CSL INTERNATIONAL, INC., THE CSL GROUP; CANADA STEAMSHIP LINES; FB SHIPPING, INC.; *in personam*; | |
| Defendants. | |

Plaintiff COMPANIA MINERA CAOPAS, S.A. de C.V. (hereinafter" CMC") hereby reports on the status of service of process by the Clerk of Court as authorized by this Courts Order (see Docket # 32).

As set out in detail in its previously filed Request to Amend Pleadings, CMC has been diligent it its efforts to identify and serve the proper parties in this action. The Clerk effected service by international registered mail on January 3 addressed to the following defendants: CSL

1  INTERNATIONAL, INC., CANADA STEAMSHIP LINES, THE CSL GROUP and FB
2  SHIPPING, INC.
3         The undersigned has been informed by the Court Clerk that it is in possession of the receipt
4  of acceptance of the registered international mail by CANADA STEAMSHIP LINES and also
5  informs that the receipt was recently mailed to the undersigned. Upon receipt, it will be filed with
6  the Court in the form of Certificate of Service.
7         Regarding the status of the other mailings, the undersigned contacted the United States
8  Post Office and was informed that the documents served by the Clerk on January 3, 2008 by
9  registered international mail to THE CSL GROUP had "cleared customs" but that no other
10 information was available.
11        Regarding the registered international mail sent by the Clerk to CSL INTERNATIONAL,
12 INC. (at its listed foreign address) and FB SHIPPING, INC. – both of whom have made restricted
13 appearances in this action -- the Post Office has no information as to the status of the Clerk's
14 mailings to those entities at their foreign addresses (although service on CSL, INTERNATIONAL,
15 INC. has been effected at is domestic address).

16 DATED: January 30, 2008          LEWIS BRISBOIS BISGAARD & SMITH LLP

18                          By    _____
                                  Timothy R. Lord
19                                Attorneys for Plaintiff
                                  COMPANIA MINERA CAOPAS, S.A. de C.V.

4841-7271-2194.1

REPORT ON SERVICE AND REQUEST FOR CONTINUANCE