1  JOHN D. GIFFIN, CASB No. 89608
   john.giffin@kyl.com
2  NICOLE S. BUSSI, CASB No. 252763
   nicole.bussi@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
5  Telephone:  (415) 398-6000
   Facsimile:  (415) 981-0136
6
7  Attorneys for Defendant
   FB SHIPPING, INC.
8

9             UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12 COMPANIA MINERA CAOPAS, S.A. de   )   Case No. C 07 04722 (WHA)
   C.V.,                             )
13                                   )   **DEFENDANT FB SHIPPING INC'S**
                       Plaintiff,    )   **RESPONSE TO THE COURT**
14                                   )   **REGARDING PLAINTIFF'S REQUEST**
           vs.                       )   **FOR LEAVE TO AMEND PLEADING**
15                                   )
   M/V CSL ACADIAN, her engines, tackle )
16 and appurtenances, *in rem* et. al.  )
                                     )
17                     Defendants.   )
                                     )
18 _____ )

19

20     Defendant FB SHIPPING, INC. ("Defendant") submits the following response to

21 Plaintiff COMPANIA MINERA CAOPAS, S.A. de C.V.'s ("Plaintiff") request for leave to

22 amend pleading to add three additional defendants.

23     Counsel for Defendant and Plaintiff have discussed Plaintiff's request and the

24 parties expect to agree that certain Defendants will be dismissed and others added to

26 ensure that only proper Defendants are named in this lawsuit.

27

28

                                      - 1 -                              KYL_SF459663
DEFENDANT FB SHIPPING INC.'S INITIAL DISCLOSURE STATEMENT -Case No. C 07-04722 (WHA)

1 | DATED: January ___, 2008

*[signature]*
JOHN D. GIFFIN
NICOLE S. BUSSI
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
FB SHIPPING INC.

KYL_SF459663

DEFENDANT FB SHIPPING INC.'S INITIAL DISCLOSURE STATEMENT -Case No. C 07-04722 (WHA)