United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPANIA MINERA CAOPASS, S.A. de C.V.,<br><br>    Plaintiff,<br><br>  v.<br><br>THE M/V CSL ACADIAN (IMO NO. 8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*, and CSL INTERNATIONAL, INC., THE CSL GROUP, CANADA STEAMSHIP LINES, FB SHIPPING, INC., *in personam*,<br>    Defendants.<br>                                            / | No. C 07-04722 WHA<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO AMEND PLEADING AND REQUEST FOR AUTHORIZATION OF SERVICE OF PROCESS OF SUMMONS AND SECOND AMENDED COMPLAINT UPON FOREIGN DEFENDANTS** |

The Court received plaintiff's request for leave to amend pleadings to add defendants and request for authorization of service of process of summons and second amended complaint upon foreign defendants by the Clerk of the Court. Upon the Court's request, only defendant FB Shipping, Inc. responded, "Counsel for Defendant and Plaintiff have discussed Plaintiff's request and the parties expect to agree that certain Defendants will be dismissed and others added to ensure that only proper Defendants are named in this lawsuit." The requests are **GRANTED**. Plaintiff is reminded of the urgent need to serve *all* defendants and to get this action going on the timetable previously discussed in the case management order.

**IT IS SO ORDERED.**

Dated: January 31, 2008.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE