1  TIMOTHY R. LORD, SB# 213062
      E-Mail: lord@lbbslaw.com
2  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone:     (415) 362-2580
4  Facsimile:     (415) 434-0882

5  Attorneys for Plaintiff
   COMPANIA MINERA CAOPAS, S.A. de C.V.

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11  COMPANIA MINERA CAOPAS, S.A. de      )  CASE NO. C 07-04722 WHA
    C.V.,                                )
12                                       )  **IN ADMIRALTY**
           Plaintiff,                    )
13                                       )  **CERTIFICATE OF RETURN OF SERVICE**
        v.                               )  **OF PROCESS OF SUMMONS &**
14                                       )  **COMPLAINT ON FOREIGN DEFENDANT**
    THE M/V CSL ACADIAN (IMO NO.8009571),)  **CANADA STEAMSHIP LINES PURSUANT**
15  HER ENGINES, TACKLE, FURNITURE,      )  **TO RULE 4(f)(2)(C)(ii) OF THE**
    MACHINERY, EQUIPMENT AND             )  **FED.R.CIV.P.**
16  APPURTENANCES AND FREIGHTS, ETC.,    )
    *in rem*; and CSL INTERNATIONAL, INC., )
17  THE CSL GROUP; CANADA STEAMSHIP      )
    LINES; FB SHIPPING, INC.; *in personam*; )
18                                       )
           Defendants.                   )
19  _____  )

20        I hereby verify that, following service of the Summons and Complaint upon Defendant

21  CANADA STEAMSHIP LINES by the Clerk of the Court via registered international mail, return

22  receipt requested (see Order, Docket 32), the executed return receipt, mailed from Montreal,

23  Quebec, Canada on or about January 9, 2008, was received this date. The receipt is attached

24  hereto as Exhibit A (signed by Richard Coté on January 9, 2008).

25  DATED: January 31, 2008          LEWIS BRISBOIS BISGAARD & SMITH LLP

26

27                          By _____
                                Timothy R. Lord
28                              Attorneys for Plaintiff
                                COMPANIA MINERA CAOPAS, S.A. de C.V.

4816-8575-2066.1

CERT.SERVICE (CANADA STEAMSHIP LINES)