# EXHIBIT A

| Item Description (Nature de l'envoi) | ☒ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☒ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail International |
|---|---|---|---|---|---|---|
| ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | Article Number RA475877818 US | | | |
| Office of Mailing (Bureau de dépôt) 94102 USA 450 Golden Gate Ave. SF CA | | | | Date of Posting (Date de dépôt) 01-03-08 | | |
| Addressee Name or Firm (Nom ou raison sociale du destinataire) CANADA STEAMSHIP LINES | | | | | | |
| Street and No. (Rue et No.) 759 Victoria Sq, Montreal | | | | | | |
| Place and Country (Localité et pays) Quebec H2X 2C3 CANADA | | | | | | |

Received stamp: NORTHERN DISTRICT OF CALIFORNIA / CLERK, U.S. DISTRICT COURT / RICHARD W. WIEKING / JAN 1 5 2008 / RECEIVED

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

Date: 9-01-08

Signature of Addressee (Signature du destinataire): Richard Côté

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Postmark of the office of destination (Timbre du bureau de destination)

PS Form 2865, February 1997 (Reverse)