# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Compania Minera Caopass, S.A. de C.V.,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>M/V CSL Acadian (IMO No. 8009571), Her Engines, Ta,<br><br>　　　　　Defendant(s). | 07-04722 WHA MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Matthew P Vafidis**
Holland & Knight LLP
50 California St., Suite 2800
San Francisco, CA 94111-4624
415-743-6950

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04722 WHA MED                             - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: February 4, 2008

```
                                        RICHARD W. WIEKING
                                        Clerk
                                        by:    Claudia M. Forehand

                                        _____
                                        ADR Case Administrator
                                        415-522-2059
                                        Claudia_Forehand@cand.uscourts.gov
```

United States District Court
Northern District of California

**Notice of Appointment of Mediator**
07-04722 WHA MED                            - 2 -