1  TIMOTHY R. LORD, SB# 213062
    E-Mail: lord@lbbslaw.com
2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone:   (415) 362-2580
4  Facsimile:    (415) 434-0882

5  Attorneys for Plaintiff
   COMPANIA MINERA CAOPAS, S.A. de C.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMPANIA MINERA CAOPAS, S.A. de C.V., | CASE NO. C 07-04722 WHA |
| Plaintiff, | **IN ADMIRALTY** |
| v. | **CERTIFICATE OF RETURN OF SERVICE OF PROCESS OF SUMMONS & COMPLAINT ON FOREIGN DEFENDANT CSL INTERNATIONAL, INC. PURSUANT TO RULE 4(f)(2)(C)(ii) OF THE FED.R.CIV.P.** |
| THE M/V CSL ACADIAN (IMO NO.8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*; and CSL INTERNATIONAL, INC., THE CSL GROUP; CANADA STEAMSHIP LINES; FB SHIPPING, INC.; *in personam*; | |
| Defendants. | |

    I hereby verify that, following service of the Summons and Complaint upon Defendant CSL INTERNATIONAL, INC. by the Clerk of the Court via registered international mail, return receipt requested (see Order, Docket 32), the executed return receipt, mailed from St. Michael, Barbados on or about January 23, 2008, was received this date. The receipt is attached hereto as Exhibit A (signed by N. Holden on January 23, 2008).

DATED: February 7, 2008          LEWIS BRISBOIS BISGAARD & SMITH LLP

                                      By  /s/
                                           Timothy R. Lord
                                           Attorneys for Plaintiff
                                           COMPANIA MINERA CAOPAS, S.A. de C.V.