# EXHIBIT A

## TO THE CERTIFICATE OF RETURN OF SERVICE OF PROCESS OF SUMMONS & COMPLAINT ON FOREIGN DEFENDANT CSL INTERNATIONAL, INC. PURSUANT TO RULE 4(f)(2)(C)(ii) OF THE FED.R.CIV.P.

| Item Description (Nature de l'envoi) | ☒ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☒ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail International |
|---|---|---|---|---|---|---|
| ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | Article Number: RA 475877 781 US | | | |

Office of Mailing (Bureau de dépôt): 94102 USA
450 Golden Gate Ave SF CA

Date of Posting (Date de dépôt): 1-3-08

Addressee Name or Firm (Nom ou raison sociale du destinataire):
CSL International, Inc., Wildy Bus. Pk.

Street and No. (Rue et No.):
Wildy Rd.

Place and Country (Localité et pays):
St. Michael, Barbados

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date: 28/1/20

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination): N. Jolder

Postmark of the office of destination (Timbre du bureau de destination): 5 JAN 2008

PS Form 2865, February 1997 (Reverse)