# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPANIA MINERA CAOPAS, S.A. de C.V. | **SUMMONS IN A CIVIL CASE** |
| | CASE NUMBER: C 07-4722 WHA |
| V. | |
| THE M/V CSL ACADIAN (IMO NO. 8009571), et al. | |

TO: (Name and address of defendant)

CSL SELF-UNLOADER INVESTMENTS, LTD.
C/O APPLEBYE LAW FIRM
CANNONS COURT
22 VICTORIA STREET
HAMILTON HM11
BERMUDA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

TIMOTHY R. LORD
LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CA 94104
TELEPHONE: (415) 362-2580
FACSIMILE: (415) 434-0882
E-MAIL: LORD@LBBSLAW.COM

an answer to the Second Amended complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 02/07/08

(BY) DEPUTY CLERK
**SUSAN IMBRIANI**

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

COMPANIA MINERA CAOPAS, S.A. de C.V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07-4722 WHA

V.

THE M/V CSL ACADIAN (IMO NO. 8009571),
et al.

TO: (Name and address of defendant)

V. SHIPS COMMERCIAL LIMITED
THE SKYPARK, 8 ELLIOTT PLACE
GLASGOW G3 8EP
UNITED KINGDOM

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

TIMOTHY R. LORD
LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CA 94104
TELEPHONE: (415) 362-2580
FACSIMILE: (415) 434-0882
E-MAIL: LORD@LBBSLAW.COM

an answer to the *Second Amended* complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 02/07/08

(BY) DEPUTY CLERK

**SUSAN IMBRIANI**

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

COMPANIA MINERA CAOPAS, S.A. de C.V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07-4722 WHA

V.

THE M/V CSL ACADIAN (IMO NO. 8009571),
et al.

TO: (Name and address of defendant)

V. SHIPS (U.K.), LTD.
THE SKYPARK, 8 ELLIOTT PLACE
GLASGOW G3 8EP
UNITED KINGDOM

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

TIMOTHY R. LORD
LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CA  94104
TELEPHONE: (415) 362-2580
FACSIMILE: (415) 434-0882
E-MAIL: LORD@LBBSLAW.COM

Second Amended an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 02/07/08

(BY) DEPUTY CLERK

**SUSAN IMBRIANI**