1  TIMOTHY R. LORD, SB# 213062
   E-Mail: lord@lbbslaw.com
2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone:  (415) 362-2580
4  Facsimile:  (415) 434-0882

5  Attorneys for Plaintiff
   COMPANIA MINERA CAOPAS, S.A. de C.V.
6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11 | COMPANIA MINERA CAOPAS, S.A. de C.V., | ) CASE NO. C 07-04722 WHA
12 | | ) **IN ADMIRALTY**
   | Plaintiff, | )
13 | | ) **CERTIFICATE OF RETURN OF SERVICE**
   | v. | ) **OF PROCESS OF SUMMONS &**
14 | | ) **COMPLAINT ON FOREIGN DEFENDANT**
   | THE M/V CSL ACADIAN (IMO NO.8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*; and CSL INTERNATIONAL, INC., THE CSL GROUP; CANADA STEAMSHIP LINES; FB SHIPPING, INC.; CSL SELF-UNLOADER INVESTMENTS LTD.; V. SHIPS (U.K.), LTD.; V. SHIPS COMMERCIAL LIMITED; *in personam*; | ) **CSL SELF-UNLOADER INVESTMENTS LTD. PURSUANT TO RULE 4(f)(2)(C)(ii) OF THE FED.R.CIV.P.**
   | Defendants. | )

I hereby verify that, following service of the Summons and Complaint upon Defendant CSL SELF-UNLOADER INVESTMENTS LTD. by the Clerk of the Court via registered international mail, return receipt requested (see Order, Docket 43), the executed return receipt, mailed from Hamilton, Bermuda on or about February 15, 2008, was received this date. The receipt is attached hereto as Exhibit A (signed on February 15, 2008).

/ / /

/ / /

4816-3037-8754.1                    -1-
CERT.SERVICE (CSL SELF-UNLOADER INVESTMENTS LTD.)

| | | |
|---|---|---|
| 1 | DATED: March 4, 2008 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 2 | | By  /s/ |
| 3 | | Timothy R. Lord<br>Attorneys for Plaintiff<br>COMPANIA MINERA CAOPAS, S.A. de C.V. |

4816-3037-8754.1

CERT.SERVICE (CSL SELF-UNLOADER INVESTMENTS LTD.)