JOHN D. GIFFIN, CASB NO. 89608
john.giffin@kyl.com
NICOLE S. BUSSI, CASB NO. 252763
nicole.bussi@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center
Suite 1500
San Francisco, California 94111
Telephone:   (415) 398-6000
Facsimile:    (415) 981-0136

Attorney for Defendants:
FB SHIPPING, INC., *in personam*, M/V CSL ACADIAN *in rem*

TIMOTHY R. LORD, SB # 213062
lord@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone:   (415) 362-2580
Facsimile:    (415) 434-0882

Attorney for Plaintiff:
COMPANIA MINERA CAOPAS, S.A. de C.V.,

**UNITED STATED DISTRICT COURT**

**NORTHERN DISTRICT CALIFORNIA**

| | |
|---|---|
| COMPANIA MINERA CAOPAS, S.A. de C.V., <br><br>                    Plaintiff,<br><br>          vs.<br><br>M/V CSL ACADIAN, her engines, tackle and appurtenances, *in rem* et. al.<br><br>                    Defendants. | Case No. C 07 04722 (WHA)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUING MEDIATION DATE** |

## I. INTRODUCTION

On December 11, 2007, the parties submitted their Stipulation and Proposed Order selecting Private ADR. On December 21, 2007, this Court referred the case to the ADR Unit for Mediation to be completed within 90 days.

On March 7, 2008, during a pre-mediation telephone conference, the parties and appointed mediator Matthew P. Vafidis discussed the mediation currently scheduled for March 21, 2008. The parties agreed that based on the current activity of the case, mediation on March 21st would be premature. In addition, Plaintiff's counsel has trial scheduled for the week of March 21st. Accordingly, to allow sufficient time for the parties to engage in discovery and formulate their opinions regarding the issues in the case, the parties respectfully request that the Court move the deadline to complete mediation to June 25, 2008. This additional time will not impact any of the Court's other deadlines, as the trial is not set to commence until January 26, 2009.

Accordingly, the parties have entered into the following stipulation, and respectfully request that the Court execute this Proposed Order based on that stipulation.

## II. STIPULATION

The parties, by and through their attorneys of record herein, submit their Stipulation and Proposed Order Continuing the mediation date as follows:

1. **The deadline to participate in mediation may be continued from 3/21/08 to 6/25/08.**

**IT IS SO STIPULATED.**

DATED: March 10, 2008

/s/ John D. Giffin
JOHN D. GIFFIN
NICOLE S. BUSSI
KEESAL YOUNG & LOGAN
Attorneys for FB SHIPPING, INC., M/V COSCO BUSAN

DATED: March 10, 2008

/s/ Timothy R. Lord
TIMOTHY R. LORD
LEWIS BRISBOIS BISGAARD & SMITH LLP
Attorney for COMPANIA MINERA CAOPAS, S.A. de C.V.

## ORDER

Based on the stipulation of the parties and good cause appearing, the Court hereby vacates the previously scheduled mediation date and amends the Court's Scheduling Order as follows:

1. **The deadline to participate in Mediation may be continued from 3/21/08 to 6/26/09.**

Dated: _____   _____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE