IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPANIA MINERA CAOPASS, S.A. de C.V., <br><br> Plaintiff, <br><br> v. <br><br> THE M/V CSL ACADIAN (IMO NO. 8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*, and CSL INTERNATIONAL, INC., THE CSL GROUP, CANADA STEAMSHIP LINES, FB SHIPPING, INC., *in personam*, <br><br> Defendants. | No. C 07-04722 WHA <br><br> **ORDER RE STIPULATION TO CONTINUE MEDIATION DATE** |

The Court will move the deadline to complete mediation to **JUNE 25, 2008**, as requested in the parties' stipulation. The proposed order submitted by the parties, however, requests that the deadline to participate in mediation be continued to June 26, 2009. The Court assumes the 2009 date is a typographical error and will not grant a fifteen-month extension.

**IT IS SO ORDERED.**

Dated: March 10, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE