JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
NICOLE S. BUSSI, CASB No. 252763
nicole.bussi@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center, Suite 1500
San Francisco, California 94111
Telephone:   (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Defendants
M/V CSL ACADIAN, *in rem*, FB SHIPPING, INC.,
and CSL INTERNATIONAL, INC., *in personam*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPANIA MINERA CAOPAS, S.A. de C.V.,<br><br>Plaintiff,<br><br>vs.<br><br>M/V CSL ACADIAN, her engines, tackle and appurtenances, *in rem*, CSL INTERNATIONAL, INC., THE CSL GROUP, CANADA STEAMSHIP LINES, FB SHIPPING, INC.; *in personam*.<br><br>Defendants. | Case No. C 07 04722 (WHA)<br><br>**NOTICE OF APPEARANCE** |

Please be advised that I along with John D. Giffin represent Defendants M/V CSL ACADIAN, *in rem*, FB SHIPPING, INC., and CSL INTERNATIONAL, INC. *in personam* in the above entitled matter. Please include me in any future notices sent to attorneys of record.

DATED: March 12, 2008

/s/ Nicole S. Bussi
NICOLE S. BUSSI
KEESAL, YOUNG & LOGAN
Attorney for Defendants
M/V CSL ACADIAN, FB SHIPPING, INC.
and CSL INTERNATIONAL, INC.