1  TIMOTHY R. LORD, SB# 213062
     E-Mail: lord@lbbslaw.com
2  VICKEY LEE QUINN, SB#253008
     E-Mail: quinn@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
4  San Francisco, California  94104
   Telephone:   (415) 362-2580
5  Facsimile:    (415) 434-0882

6  Attorneys for Plaintiff
   COMPANIA MINERA CAOPAS, S.A. de C.V.
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

| | |
|---|---|
| COMPANIA MINERA CAOPAS, S.A. de C.V.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE M/V CSL ACADIAN (IMO NO.8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*; and CSL INTERNATIONAL, INC., THE CSL GROUP; CANADA STEAMSHIP LINES; FB SHIPPING, INC.; CSL SELF-UNLOADER INVESTMENTS LTD.; V. SHIPS (U.K.), LTD.; V. SHIPS COMMERCIAL LIMITED; *in personam*;<br><br>　　　　　Defendants. | CASE NO. C 07-04722 WHA<br><br>**IN ADMIRALTY**<br><br>**CERTIFICATE OF RETURN OF SERVICE OF PROCESS OF SUMMONS & COMPLAINT ON FOREIGN DEFENDANT V. SHIPS (UK) LTD. PURSUANT TO RULE 4(f)(2)(C)(ii) OF THE FED.R.CIV.P.** |

　　　　I hereby verify that, following service of the Summons and Complaint upon Defendant V. SHIPS (UK) LTD. by the Clerk of the Court via registered international mail, return receipt requested (see Order, Docket 43), the executed return receipt, mailed from Glasgow, United Kingdom was received on April 4, 2008.  The receipt is attached hereto as Exhibit A (signed by E. West, date omitted).

/ / /

/ / /

| | |
|---|---|
| 1  DATED: April 4, 2008 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 2 | By  /s/ |
| 3 | Timothy R. Lord<br>Attorneys for Plaintiff<br>COMPANIA MINERA CAOPAS, S.A. de C.V. |

4827-1959-5010.1