# EXHIBIT A

| Item Description (Nature de l'envoi) | ☐ Registered Article (Envoi recommandé) | ☒ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Recorded Deliver (Envoi à livraison attestée) |
|---|---|---|---|---|---|
| ☐ Insured Parcel (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | | | Article Number RE 227-29 |
| Office of Mailing (Bureau de dépôt) SF CA 94102 | | | | | Date of Posting 2-07-0? |

Addressee Name or Firm (Nom ou raison sociale du destinataire)
V. Ships Commercial Limited

Street and No. (Rue et No.)
The Skypark, 8 Elliott Place

Place and Country (Localité et pays)
Glasgow G3 8EP, United Kingd[om]

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)   Date

Signature of Addressee (Signature du destinataire)
E. West

Office of Destination Employee Sig (Signature de l'agent du bureau du destination)

PS Form 2865, February 1997 (Reverse)