1  TIMOTHY R. LORD, SB# 213062
     E-Mail: lord@lbbslaw.com
2  VICKEY LEE QUINN, SB#253008
     E-Mail: quinn@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
4  San Francisco, California 94104
   Telephone:    (415) 362-2580
5  Facsimile:    (415) 434-0882

6  Attorneys for Plaintiff
   COMPANIA MINERA CAOPAS, S.A. de C.V.
7
   JOHN D. GIFFIN, SB#89608
8    E-Mail: john.giffin@kyl.com
   NICOLE S. BUSSI, SB# 252763
9    E-Mail: nicole.bussi@kyl.com
   **KEESAL, YOUNG & LOGAN**
10 Four Embarcadero Center, Suite 1500
   San Francisco, CA 94111
11 Telephone:    (415) 398-6000
   Facsimile:    (415) 981-0136
12
   Attorneys for Defendants
13 FB SHIPPING, INC., *in personam*, M/V CSL ACADIAN, *in rem*

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                       SAN FRANCISCO DIVISION

17  COMPANIA MINERA CAOPAS, S.A. de           ) CASE NO. C 07-04722 WHA
    C.V.,                                     )
18                                            )
            Plaintiff,                        ) **STIPULATION AND *[PROPOSED]* ORDER**
19                                            ) **DISMISSING CERTAIN DEFENDANTS**
        v.                                    )
20                                            ) **IN ADMIRALTY**
    THE M/V CSL ACADIAN (IMO NO.8009571),)    **RULE 9(h), FED. R. CIV. P.**
21  HER ENGINES, TACKLE, FURNITURE,           )
    MACHINERY, EQUIPMENT AND                  )
22  APPURTENANCES AND FREIGHTS, ETC.,) TRIAL DATE:          January 26, 2009
    *in rem*; and CSL INTERNATIONAL, INC.,    )
23  THE CSL GROUP, INC.; CANADA               )
    STEAMSHIP LINES; FB SHIPPING, INC.,       )
24  CSL SELF-UNLOADER INVESTMENTS             )
    LTD.; V. SHIPS (U.K.), LTD.; V. SHIPS     )
25  COMMERCIAL LIMITED; *in personam*;        )
                                              )
26          Defendants.                       )
                                              )
27

28

4848-7815-4498.1                    -1-
                        STIPULATION RE: DISMISSAL

1  Whereas COMPANIA MINERA CAOPAS, S.A. de C.V. (hereinafter "CMC") obtained
2  two Orders from this Honorable Court directing the Clerk of Court to serve certain named foreign
3  defendants by mail and that the Clerk of Court Complied with the Orders;
4  Whereas CMC and defendants THE M/V CSL ACADIAN (IMO NO.8009571), HER
5  ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES
6  AND FREIGHTS, ETC., *in rem*; FB SHIPPING, INC.; CSL INTERNATIONAL, INC. and V.
7  SHIPS (U.K.), LTD. agree to the dismissal without prejudice of defendants THE CSL GROUP,
8  INC.; CANADA STEAMSHIP LINES; CSL SELF-UNLOADER INVESTMENTS LTD. and V.
9  SHIPS COMMERCIAL LIMITED; *in personam*;
10  Whereas CMC and defendants THE M/V CSL ACADIAN (IMO NO.8009571), HER
11  ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES
12  AND FREIGHTS, ETC., *in rem*; FB SHIPPING, INC.; CSL INTERNATIONAL, INC. and V.
13  SHIPS (U.K.), LTD. have agreed to file Answers to Plaintiff's Second Amended Complaint upon
14  this Court's signing of this Order approval of this Stipulation;
15  **IT IS HEREBY STIPULATED** by and between CMC and defendants THE M/V CSL
16  ACADIAN (IMO NO.8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY,
17  EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*; FB SHIPPING, INC.;
18  CSL INTERNATIONAL, INC. and V. SHIPS (U.K.), LTD. through their respective counsel of
19  record agree to:
20  The dismissal without prejudice of defendants THE CSL GROUP, INC.; CANADA
21  STEAMSHIP LINES; CSL SELF-UNLOADER INVESTMENTS LTD. and V. SHIPS
22  COMMERCIAL LIMITED, and;
23  That defendants THE M/V CSL ACADIAN (IMO NO.8009571), HER ENGINES,
24  TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND
25  FREIGHTS, ETC., *in rem*; FB SHIPPING, INC.; CSL INTERNATIONAL, INC. and V. SHIPS
26  (U.K.), LTD. will file Answers to Plaintiff's Second Amended Complaint within 10 days of this
27  Court's signing of this Order approval of this Stipulation.
28  / / /

Endorsement of this agreement may be by counterpart signatures.

DATED: April 28, 2008                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                                         By /s/ Timothy R. Lord
                                         Timothy R. Lord
                                         Attorneys for Plaintiff
                                         COMPANIA MINERA CAOPAS, S.A. de C.V.

DATED: May 2, 2008                       KEESAL, YOUNG & LOGAN

                                         By /s/ John D. Giffin
                                         John D. Giffin
                                         Attorneys for Defendants
                                         FB SHIPPING, INC., *in personam*, M/V CSL ACADIAN, *in rem*

**IT IS SO ORDERED.**

DATED: _____, 2008

                                         _____
                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE

4848-7815-4498.1                         -3-
                                   STIPULATION RE: DISMISSAL