TIMOTHY R. LORD, SB# 213062
  E-Mail: lord@lbbslaw.com
VICKEY LEE QUINN, SB#253008
  E-Mail: quinn@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California  94104
Telephone:    (415) 362-2580
Facsimile:    (415) 434-0882

Attorneys for Plaintiff
COMPANIA MINERA CAOPAS, S.A. de C.V.

JOHN D. GIFFIN, SB#89608
  E-Mail: john.giffin@kyl.com
NICOLE S. BUSSI, SB# 252763
  E-Mail: nicole.bussi@kyl.com
**KEESAL, YOUNG & LOGAN**
Four Embarcadero Center, Suite 1500
San Francisco, CA  94111
Telephone:    (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Defendants
FB SHIPPING, INC., *in personam*, M/V CSL ACADIAN, *in rem*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMPANIA MINERA CAOPAS, S.A. de C.V.,<br><br>            Plaintiff,<br><br>    v.<br><br>THE M/V CSL ACADIAN (IMO NO.8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*; and CSL INTERNATIONAL, INC., THE CSL GROUP, INC.; CANADA STEAMSHIP LINES; FB SHIPPING, INC.; CSL SELF-UNLOADER INVESTMENTS LTD.; V. SHIPS (U.K.), LTD.; V. SHIPS COMMERCIAL LIMITED; *in personam*;<br><br>            Defendants. | CASE NO. C 07-04722 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN DEFENDANTS**<br><br>**IN ADMIRALTY**<br>**RULE 9(h), FED. R. CIV. P.**<br><br>TRIAL DATE:    January 26, 2009 |

4848-7815-4498.1                                         -1-
STIPULATION RE: DISMISSAL

1   Whereas COMPANIA MINERA CAOPAS, S.A. de C.V. (hereinafter "CMC") obtained
2   two Orders from this Honorable Court directing the Clerk of Court to serve certain named foreign
3   defendants by mail and that the Clerk of Court Complied with the Orders;
4   Whereas CMC and defendants THE M/V CSL ACADIAN (IMO NO.8009571), HER
5   ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES
6   AND FREIGHTS, ETC., *in rem*; FB SHIPPING, INC.; CSL INTERNATIONAL, INC. and V.
7   SHIPS (U.K.), LTD. agree to the dismissal without prejudice of defendants THE CSL GROUP,
8   INC.; CANADA STEAMSHIP LINES; CSL SELF-UNLOADER INVESTMENTS LTD. and V.
9   SHIPS COMMERCIAL LIMITED; *in personam*;
10  Whereas CMC and defendants THE M/V CSL ACADIAN (IMO NO.8009571), HER
11  ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES
12  AND FREIGHTS, ETC., *in rem*; FB SHIPPING, INC.; CSL INTERNATIONAL, INC. and V.
13  SHIPS (U.K.), LTD. have agreed to file Answers to Plaintiff's Second Amended Complaint upon
14  this Court's signing of this Order approval of this Stipulation;
15  **IT IS HEREBY STIPULATED** by and between CMC and defendants THE M/V CSL
16  ACADIAN (IMO NO.8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY,
17  EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*; FB SHIPPING, INC.;
18  CSL INTERNATIONAL, INC. and V. SHIPS (U.K.), LTD. through their respective counsel of
19  record agree to:
20  The dismissal without prejudice of defendants THE CSL GROUP, INC.; CANADA
21  STEAMSHIP LINES; CSL SELF-UNLOADER INVESTMENTS LTD. and V. SHIPS
22  COMMERCIAL LIMITED, and;
23  That defendants THE M/V CSL ACADIAN (IMO NO.8009571), HER ENGINES,
24  TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND
25  FREIGHTS, ETC., *in rem*; FB SHIPPING, INC.; CSL INTERNATIONAL, INC. and V. SHIPS
26  (U.K.), LTD. will file Answers to Plaintiff's Second Amended Complaint within 10 days of this
27  Court's signing of this Order approval of this Stipulation.
28  / / /

1 | Endorsement of this agreement may be by counterpart signatures.

2 | DATED: April 28, 2008              LEWIS BRISBOIS BISGAARD & SMITH LLP

3 |                                     By /s/ Timothy R. Lord
                                         Timothy R. Lord
4 |                                       Attorneys for Plaintiff
                                         COMPANIA MINERA CAOPAS, S.A. de C.V.

6 | DATED: May 2, 2008                 KEESAL, YOUNG & LOGAN

7 |                                     By /s/ John D. Giffin
                                         John D. Giffin
8 |                                       Attorneys for Defendants
                                         FB SHIPPING, INC., *in personam*, M/V CSL
9 |                                       ACADIAN, *in rem*

11 | **IT IS SO ORDERED.**

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge William Alsup]*

13 | DATED: ___May 20___, 2008

14 | _____
     WILLIAM ALSUP
     UNITED STATES DISTRICT JUDGE