JOHN D. GIFFIN, CASB NO. 89608
john.giffin@kyl.com
NICOLE S. BUSSI, CASB NO. 252763
nicole.bussi@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center
Suite 1500
San Francisco, California 94111
Telephone:  (415) 398-6000
Facsimile:  (415) 981-0136

Attorneys for:
V SHIPS (U.K.), LTD.

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| COMPANIA MINERA CAOPAS, S.A. de C.V., <br><br> Plaintiff, <br><br> vs. <br><br> M/V CSL ACADIAN, her engines, tackle and appurtenances, *in rem* et. al. <br><br> Defendants. | Case No. C 07 04722 (WHA) <br><br> **DEFENDANT V SHIPS (U.K.) LTD.'S ANSWER TO SECOND AMENDED VERIFIED COMPLAINT** |

Defendant V SHIPS (U.K.), LTD. responds to Plaintiff's Second Amended Verified Complaint as follows:

1. Defendant V SHIPS (U.K.), LTD. admits Paragraphs 2, 7, 9, 16, 17, 18, 27, 28 and 31 of Plaintiff's Second Amended Complaint.

2. Defendant V SHIPS (U.K.), LTD. denies, in their entirety, the allegations contained in Paragraphs 1, 8, 10, 19, 21, 23, 25, 29, 32, 34, 36, 38, 39, 40, 41, 43, 44, 45, 47 and 49 of Plaintiff's Second Amended Complaint.

3. V SHIPS (U.K.), LTD. has insufficient information to respond to those allegations contained in Paragraphs 4, 5, 6, 14, 15 and 30 of Plaintiff's First Second Amended Complaint and therefore based upon its lack of information and belief, Defendant V SHIPS (U.K.), LTD. denies the allegations contained therein in their entirety.

4. To the extent that the Plaintiff incorporates by reference allegations contained in Paragraphs 33, 35, 37, 42 and 46 in the Second Amended Complaint, so does Defendant V SHIPS (U.K.), LTD. incorporate herein its responses thereto.

5. In response to Paragraph 3 of the Second Amended Complaint, V SHIPS (U.K.), LTD. admits that the Defendant M/V CSL ACADIAN will be within this judicial district during the pendency of this action. All other allegations contained therein are denied.

6. In response to Paragraph 11 of the Second Amended Complaint, V SHIPS (U.K.), LTD. admits that Defendants FB SHIPPING, INC. and V. SHIPS (U.K.), LTD. are subject to personal jurisdiction of this district. All other allegations contained therein are denied.

7. In response to Paragraph 12 of the Second Amended Complaint, V SHIPS (U.K.), LTD. admits that the Defendant M/V CSL ACADIAN will be present within this judicial district during the pendency of this action and venue is proper in this district with respect to FB SHIPPING, INC., V. SHIPS (U.K.), LTD., M/V CSL ACADIAN, and CSL INTERNATIONAL, INC. All other allegations contained therein are denied.

8. In response to Paragraph 13 of the Second Amended Complaint, V SHIPS (U.K.), LTD. admits that venue is proper in this district with respect to FB SHIPPING, INC., V. SHIPS (U.K.), LTD., M/V CSL ACADIAN, and CSL INTERNATIONAL, INC. All other allegations contained therein are denied.

9. In response to Paragraph 20 of the Second Amended Complaint, V SHIPS (U.K.), LTD. admits that CSL INTERNATIONAL, INC. chartered the M/V CSL ACADIAN. All other allegations contained therein are denied.

10. In response to Paragraph 22 of the Second Amended Complaint, V SHIPS (U.K.), LTD. admits that FB SHIPPING, INC. owned the M/V CSL ACADIAN. All other allegations contained therein are denied.

11. In response to Paragraph 24 of the Second Amended Complaint, V SHIPS (U.K.), LTD. admits that V. SHIPS (U.K), LTD. managed the M/V CSL ACADIAN. All other allegations contained therein are denied.

12. In response to Paragraph 26 of the Second Amended Complaint, V SHIPS (U.K.), LTD. admits that *in personam* defendant FB SHIPPING, INC. owned the M/V CSL ACADIAN. All other allegations contained therein are denied.

13. In response to Paragraph 48 of the Second Amended Complaint, V SHIPS (U.K.), LTD. admits that the Defendants, with the exception of the M/V CSL ACADIAN, are not within the jurisdiction of this Court. All other allegations contained therein are denied in their entirety.

## AFFIRMATIVE DEFENSES

14. FOR ITS FIRST AFFIRMATIVE DEFENSE, Defendant V SHIPS (U.K.), LTD. states, on information and belief, that the Plaintiff was not the owner of the structure which is alleged in the Complaint to have been damaged and therefore Plaintiff lacks standing to assert those claims alleged in the Second Amended Complaint.

15. FOR ITS SECOND AFFIRMATIVE DEFENSE, Defendant V SHIPS (U.K.), LTD. states that Plaintiff's Complaint fails to state a claim upon which relief may be granted.

16. FOR ITS THIRD AFFIRMATIVE DEFENSE, Defendant V SHIPS (U.K.), LTD. states that the incident as alleged in Plaintiff's Complaint does not give rise to a maritime lien against the M/V CSL ACADIAN.

17. FOR ITS FOURTH AFFIRMATIVE DEFENSE, Defendant V SHIPS (U.K.), LTD. asserts that Defendants' liability, if any, is limited to Defendants' interest in the vessel M/V CSL ACADIAN at the end of her voyage in question, plus pending freight, pursuant to 46 U.S.C. § 183.

18. FOR ITS FIFTH AFFIRMATIVE DEFENSE, Defendant V SHIPS (U.K.), LTD. states that Plaintiff failed to mitigate its alleged damages, and its recovery herein, if any, should be diminished in an amount equivalent to that portion of damages which Plaintiff could have mitigated.

DATED: June ____, 2008

/s/ John D. Giffin
JOHN D. GIFFIN
NICOLE S. BUSSI
KEESAL YOUNG & LOGAN
Attorneys for V SHIPS (UK) LTD.