JOHN D. GIFFIN, CASB NO. 89608
john.giffin@kyl.com
NICOLE S. BUSSI, CASB NO. 252763
nicole.bussi@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
Four Embarcadero Center
Suite 1500
San Francisco, California 94111
Telephone:   (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for:
CSL INTERNATIONAL, INC.

## UNITED STATED DISTRICT COURT

## NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| COMPANIA MINERA CAOPAS, S.A. de C.V., | Case No. C 07 04722 (WHA) |
| Plaintiff, | **DEFENDANT CSL INTERNATIONAL INC.'S ANSWER TO SECOND AMENDED VERIFIED COMPLAINT** |
| vs. | |
| M/V CSL ACADIAN, her engines, tackle and appurtenances, *in rem* et. al. | ***JURY TRIAL DEMANDED*** |
| Defendants. | |

On behalf of Defendant CSL INTERNATIONAL INC., appearing specially, responds to Plaintiff's Amended Complaint as follows:

1.    Defendant CSL INTERNATIONAL INC. admits Paragraphs 2, 7, 9, 16, 17, 18, 27, 28 and 31 of Plaintiff's Second Amended Complaint.

KYL_SF461129
CSL INTERNATIONAL, INC.'S ANSWER TO SECOND AMENDED VERIFIED COMPLAINT – Case No. C 07 4722 (JCS)

2.    Defendant CSL INTERNATIONAL INC. denies, in their entirety, the allegations contained in Paragraphs 1, 8, 10, 19, 21, 23, 25, 29, 32, 34, 36, 38, 39, 40, 41, 43, 44, 45, 47 and 49 of Plaintiff's Second Amended Complaint.

3.    CSL INTERNATIONAL INC. has insufficient information to respond to those allegations contained in Paragraphs 4, 5, 6, 14, 15 and 30 of Plaintiff's Second Amended Complaint and therefore based upon its lack of information and belief, Defendant CSL INTERNATIONAL INC. denies the allegations contained therein in their entirety.

4.    To the extent that the Plaintiff incorporates by reference allegations contained in Paragraphs 33, 35, 37, 42 and 46 in the Second Amended Complaint, so does Defendant CSL INTERNATIONAL INC. incorporate herein its responses thereto.

5.    In response to Paragraph 3 of the Second Amended Complaint, CSL INTERNATIONAL INC. admits that the Defendant M/V CSL ACADIAN will be within this judicial district during the pendency of this action.  All other allegations contained therein are denied.

6.    In response to Paragraph 11 of the Second Amended Complaint, CSL INTERNATIONAL INC. admits that Defendants FB SHIPPING, INC. and V. SHIPS (U.K.), LTD. are subject to personal jurisdiction of this district.  All other allegations contained therein are denied.

7.    In response to Paragraph 12 of the Second Amended Complaint, CSL INTERNATIONAL INC. admits that the Defendant M/V CSL ACADIAN will be present within this judicial district during the pendency of this action and venue is proper in this district with respect to FB SHIPPING, INC., V. SHIPS (U.K.), LTD., M/V CSL ACADIAN, and CSL INTERNATIONAL, INC.  All other allegations contained therein are denied.

8.    In response to Paragraph 13 of the Second Amended Complaint, CSL INTERNATIONAL INC. admits that venue is proper in this district with respect to FB

KYL_SF461129
CSL INTERNATIONAL, INC.'S ANSWER TO SECOND AMENDED VERIFIED COMPLAINT – Case No. C 07 4722 (JCS)

1  SHIPPING, INC., V. SHIPS (U.K.), LTD., M/V CSL ACADIAN, and CSL

2  INTERNATIONAL, INC. All other allegations contained therein are denied.

3       9.    In response to Paragraph 20 of the Second Amended Complaint, CSL

4  INTERNATIONAL INC. admits that CSL INTERNATIONAL, INC. chartered the M/V

5  CSL ACADIAN. All other allegations contained therein are denied.

6       10.    In response to Paragraph 22 of the Second Amended Complaint, CSL

7  INTERNATIONAL INC. admits that FB SHIPPING, INC. owned the M/V CSL

8  ACADIAN. All other allegations contained therein are denied.

9       11.    In response to Paragraph 24 of the Second Amended Complaint, CSL

10 INTERNATIONAL INC. admits that V. SHIPS (U.K), LTD. managed the M/V CSL

11 ACADIAN. All other allegations contained therein are denied.

12      12.    In response to Paragraph 26 of the Second Amended Complaint, CSL

13 INTERNATIONAL INC. admits that *in personam* defendant FB SHIPPING, INC.

14 owned the M/V CSL ACADIAN. All other allegations contained therein are denied.

15      13.    In response to Paragraph 48 of the Second Amended Complaint, CSL

16 INTERNATIONAL INC. admits that the Defendants, with the exception of the M/V CSL

17 ACADIAN, are not within the jurisdiction of this Court. All other allegations contained

18 therein are denied in their entirety.

19                              **AFFIRMATIVE DEFENSES**

20      14.    FOR ITS FIRST AFFIRMATIVE DEFENSE, Defendant CSL

21 INTERNATIONAL INC. states, on information and belief, that the Plaintiff was not the

22 owner of the structure which is alleged in the Complaint to have been damaged and

23 therefore Plaintiff lacks standing to assert those claims alleged in the Second Amended

24 Complaint.

25      15.    FOR ITS SECOND AFFIRMATIVE DEFENSE, Defendant CSL

26 INTERNATIONAL INC. states that Plaintiff's Complaint fails to state a claim upon

27 which relief may be granted.

28

KYL_SF461129
CSL INTERNATIONAL, INC.'S ANSWER TO SECOND AMENDED VERIFIED COMPLAINT – Case
No. C 07 4722 (JCS)

1    16.    FOR    ITS    THIRD    AFFIRMATIVE    DEFENSE, Defendant    CSL

2  INTERNATIONAL INC. states that the incident as alleged in Plaintiff's Complaint does

3  not give rise to a maritime lien against the M/V CSL ACADIAN.

4    17.    FOR    ITS    FOURTH    AFFIRMATIVE    DEFENSE, Defendant    CSL

5  INTERNATIONAL    INC. asserts that Defendants' liability, if any, is limited to

6  Defendants' interest in the vessel M/V CSL ACADIAN at the end of her voyage in

7  question, plus pending freight, pursuant to 46 U.S.C. § 183.

8    18.    FOR    ITS    FIFTH    AFFIRMATIVE    DEFENSE, Defendant    CSL

9  INTERNATIONAL INC. states that Plaintiff failed to mitigate its alleged damages, and

10  its recovery herein, if any, should be diminished in an amount equivalent to that portion

11  of damages which Plaintiff could have mitigated.

12    19.    FOR    ITS    SIXTH    AFFIRMATIVE    DEFENSE, Defendant    CSL

13  INTERNATIONAL INC. states that Plaintiff's claims are barred in whole or in part

14  because this Court lacks personal jurisdiction over CSL INTERNATIONAL INC.

### JURY DEMAND

Defendant demands trial by jury of all issues in this action.

DATED: June _____, 2008

/s/ John D. Giffin
JOHN D. GIFFIN
NICOLE S. BUSSI
KEESAL YOUNG & LOGAN
Attorneys for CSL INTERNATIONAL, INC.

- 4 -