1  TIMOTHY R. LORD, SB# 213062
   VICKEY L. QUINN, SB#253008
2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone:    (415) 362-2580
4  Facsimile:    (415) 434-0882

5  Attorneys for Plaintiff
   COMPANIA MINERA CAOPAS, S.A. de C.V.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| COMPANIA MINERA CAOPAS, S.A. de C.V., <br><br> Plaintiff, <br><br> v. <br><br> THE M/V CSL ACADIAN (IMO NO.8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*; and CSL INTERNATIONAL, INC., THE CSL GROUP; CANADA STEAMSHIP LINES; FB SHIPPING, INC.; *in personam*; <br><br> Defendants. | CASE NO. C 07-04722 WHA <br><br> **IN ADMIRALTY** <br><br> **NOTICE OF APPEARANCE** |

TO THE COURT AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE that Attorney Vickey L. Quinn of Lewis Brisbois Bisgaard & Smith LLP, along with Timothy R. Lord, are now appearing on behalf of plaintiff COMPANIA MINERA CAOPAS, S.A. Please include me in any future notices sent to attorneys of record.

| | | |
|---|---|---|
| 1 | DATED: June 13, 2008 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 2 | | |
| 3 | | By ___/s/_____ |
| 4 | | Timothy R. Lord<br>Attorneys for Plaintiff |
| 5 | | COMPANIA MINERA CAOPAS, S.A. de C.V. |

4838-1458-3554.1

NOTICE OF APPEARANCE