1  TIMOTHY R. LORD, SB# 213062
     E-Mail: lord@lbbslaw.com
2  VICKEY L. QUINN, SB#253008
     E-Mail: quinn@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
4  San Francisco, California  94104
   Telephone:    (415) 362-2580
5  Facsimile:    (415) 434-0882

6  Attorneys for Plaintiff
   COMPANIA MINERA CAOPAS, S.A. de C.V.
7
   JOHN D. GIFFIN, SB#89608
8    E-Mail: john.giffin@kyl.com
   NICOLE S. BUSSI, SB# 252763
9    E-Mail: nicole.bussi@kyl.com
   **KEESAL, YOUNG & LOGAN**
10 Four Embarcadero Center, Suite 1500
   San Francisco, CA  94111
11 Telephone:    (415) 398-6000
   Facsimile:    (415) 981-0136
12
   Attorneys for Defendants
13 FB SHIPPING, INC., *in personam*, M/V CSL ACADIAN, *in rem*

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17 COMPANIA MINERA CAOPAS, S.A. de    ) CASE NO. C 07-04722 WHA
   C.V.,                              )
18                                    )
              Plaintiff,              ) **STIPULATION AND [PROPOSED] ORDER**
19                                    ) **FOR CONTINUING MEDIATION DATE**
        v.                            )
20                                    )
   THE M/V CSL ACADIAN (IMO NO.8009571),)
21 HER ENGINES, TACKLE, FURNITURE,    )
   MACHINERY, EQUIPMENT AND           )
22 APPURTENANCES AND FREIGHTS, ETC.,  )
   *in rem*; and CSL INTERNATIONAL, INC., FB )
23 SHIPPING, INC., V. SHIPS (U.K.), LTD; *in* )
   *personam*;                        )
24                                    )
              Defendants.             )
25 _____)
                                      )
26                                    )
                                      )
27
28

4826-8671-0018.1                      -1-
**STIPULATION AND [PROPOSED] ORDER FOR CONTINUING MEDIATION DATE**

**I. INTRODUCTION**

On December 11, 2007, the parties submitted their Stipulation and Proposed Order selecting Private ADR. On December 21, 2007, this Court referred the case to the ADR Unit for Mediation to be completed within 90 days.

On March 7, 2008, during a pre-mediation telephone conference, the parties and appointed mediator Matthew P. Vafidis discussed the mediation currently scheduled for March 31, 2008. The parties agreed that based on the current activity of the case, mediation on March 21st would be premature. In addition, Plaintiff's counsel had trial scheduled for the week of March 21st. Accordingly, to allow sufficient time for the parties to engage in discovery and formulate their opinions regarding the issues in the case, the parties requested that the Court move the deadline to complete mediation to June 25, 2008. The Court executed the Proposed Order based on that stipulation on March 10, 2008.

On June 11, 2008, Counsel Timothy Lord's Mother became seriously ill requiring brain surgery. Accordingly, to allow time for Mr. Lord to focus on family issues, the parties respectfully request that the Court move the deadline to complete mediation to September 24, 2008. This additional time will not impact any of the Court's other deadlines, as the trial is not set to commence until January 26, 2009.

Accordingly, the parties have entered into the following stipulation, and respectfully request that the Court execute this Proposed Order based on that stipulation.

**II. STIPULATION**

The parties, by and through their attorneys of record herein, submit their Stipulation and Proposed Order Continuing the mediation date as follows:

1. The deadline to participate in mediation may be continued from 6/25/08 to 9/24/08.

/ / /
/ / /
/ / /
/ / /
/ / /

1 **IT IS SO STIPULATED.**

2     Endorsement of this agreement may be by counterpart signatures.

3 DATED: June 19, 2008      LEWIS BRISBOIS BISGAARD & SMITH LLP

4      By /s/ Timothy R. Lord
Timothy R. Lord
5 Vickey L. Quinn
Attorneys for Plaintiff
6 COMPANIA MINERA CAOPAS, S.A. de C.V.

7

8 DATED: June 19, 2008      KEESAL, YOUNG & LOGAN

9 By /s/ Nicole S. Bussi
John D. Giffin
Nicole Sheldon Bussi
10 Attorneys for Defendants
FB SHIPPING, INC., CSL INTERNATIONAL, INC.
11 AND V.SHIPS (U.K.) LTD, *in personam*, AND M/V
CSL ACADIAN, *in rem*

**ORDER**

Based on the stipulation of the parties and good cause appearing, the Court hereby vacates the previously scheduled mediation date and amends the Court's Scheduling Order as follows:

1. **The deadline to participate in mediation may be continued from 6/25/08 to 9/24/08.**

DATED: _____

　　　　　　　　　　　　　　　　HONORABLE WILLIAM H. ALSUP
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE