1  TIMOTHY R. LORD, SB# 213062
     E-Mail: lord@lbbslaw.com
2  VICKEY L. QUINN, SB#253008
     E-Mail: quinn@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
4  San Francisco, California  94104
   Telephone:    (415) 362-2580
5  Facsimile:    (415) 434-0882

6  Attorneys for Plaintiff
   COMPANIA MINERA CAOPAS, S.A. de C.V.
7
   JOHN D. GIFFIN, SB#89608
8    E-Mail: john.giffin@kyl.com
   NICOLE S. BUSSI, SB# 252763
9    E-Mail: nicole.bussi@kyl.com
   **KEESAL, YOUNG & LOGAN**
10  Four Embarcadero Center, Suite 1500
    San Francisco, CA  94111
11  Telephone:    (415) 398-6000
    Facsimile:    (415) 981-0136
12
    Attorneys for Defendants
13  FB SHIPPING, INC., *in personam*, M/V CSL ACADIAN, *in rem*

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17  COMPANIA MINERA CAOPAS, S.A. de     ) CASE NO. C 07-04722 WHA
    C.V.,                                )
18                                       )
              Plaintiff,                  ) **STIPULATION AND [PROPOSED] ORDER**
19                                        ) **FOR CONTINUING MEDIATION DATE**
         v.                              )
20                                       )
    THE M/V CSL ACADIAN (IMO NO.8009571),)
21  HER ENGINES, TACKLE, FURNITURE,      )
    MACHINERY, EQUIPMENT AND             )
22  APPURTENANCES AND FREIGHTS, ETC.,    )
    *in rem*; and CSL INTERNATIONAL, INC., FB )
23  SHIPPING, INC., V. SHIPS (U.K.), LTD; *in* )
    *personam*;                          )
24                                       )
              Defendants.                )
25  _____ )
                                          )
26                                        )
                                          )
27

28

4826-8671-0018.1                    -1-
**STIPULATION AND [PROPOSED] ORDER FOR CONTINUING MEDIATION DATE**

1  **I.    INTRODUCTION**

2  On December 11, 2007, the parties submitted their Stipulation and Proposed Order

3  selecting Private ADR. On December 21, 2007, this Court referred the case to the ADR Unit for

4  Mediation to be completed within 90 days.

5  On March 7, 2008, during a pre-mediation telephone conference, the parties and appointed

6  mediator Matthew P. Vafidis discussed the mediation currently scheduled for March 31, 2008.

7  The parties agreed that based on the current activity of the case, mediation on March 21st would be

8  premature. In addition, Plaintiff's counsel had trial scheduled for the week of March 21st.

9  Accordingly, to allow sufficient time for the parties to engage in discovery and formulate their

10 opinions regarding the issues in the case, the parties requested that the Court move the deadline to

11 complete mediation to June 25, 2008. The Court executed the Proposed Order based on that

12 stipulation on March 10, 2008.

13 On June 11, 2008, Counsel Timothy Lord's Mother became seriously ill requiring brain

14 surgery. Accordingly, to allow time for Mr. Lord to focus on family issues, the parties respectfully

15 request that the Court move the deadline to complete mediation to September 24, 2008. This

16 additional time will not impact any of the Court's other deadlines, as the trial is not set to

17 commence until January 26, 2009.

18 Accordingly, the parties have entered into the following stipulation, and respectfully

19 request that the Court execute this Proposed Order based on that stipulation.

20 **II.    STIPULATION**

21 The parties, by and through their attorneys of record herein, submit their Stipulation and

22 Proposed Order Continuing the mediation date as follows:

23 1.     The deadline to participate in mediation may be continued from 6/25/08 to 9/24/08.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

4826-8671-0018.1                                -2-
**STIPULATION AND [PROPOSED] ORDER FOR CONTINUING MEDIATION DATE**

**IT IS SO STIPULATED.**

Endorsement of this agreement may be by counterpart signatures.

DATED: June 19, 2008                LEWIS BRISBOIS BISGAARD & SMITH LLP

                                    By /s/ Timothy R. Lord
                                    Timothy R. Lord
                                    Vickey L. Quinn
                                    Attorneys for Plaintiff
                                    COMPANIA MINERA CAOPAS, S.A. de C.V.


DATED: June 19, 2008                KEESAL, YOUNG & LOGAN

                                    By /s/ Nicole S. Bussi
                                    John D. Giffin
                                    Nicole Sheldon Bussi
                                    Attorneys for Defendants
                                    FB SHIPPING, INC., CSL INTERNATIONAL, INC.
                                    AND V.SHIPS (U.K.) LTD, *in personam*, AND M/V
                                    CSL ACADIAN, *in rem*

**ORDER**

Based on the stipulation of the parties and good cause appearing, the Court hereby vacates the previously scheduled mediation date and amends the Court's Scheduling Order as follows:

1. **The deadline to participate in mediation may be continued from 6/25/08 to 9/24/08.**

The Court's other deadlines remain unchanged.

DATED: June 23, 2008.

*IT IS SO ORDERED*
*Judge William Alsup*

HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE