1  JOHN D. GIFFIN, CASB NO. 89608
   john.giffin@kyl.com
2  NICOLE S. BUSSI, CASB NO. 252763
   nicole.bussi@kyl.com
3  KEESAL, YOUNG & LOGAN
4  A Professional Corporation
   Four Embarcadero Center
5  Suite 1500
   San Francisco, California 94111
6  Telephone:  (415) 398-6000
7  Facsimile:  (415) 981-0136

8  Attorneys for:
9  FB SHIPPING, INC.

## UNITED STATED DISTRICT COURT

## NORTHERN DISTRICT CALIFORNIA

| COMPANIA MINERA CAOPAS, S.A. de C.V., | ) Case No. C 07 04722 (WHA) |
|---|---|
| Plaintiff, | ) **NOTICE OF CHANGE OF ADDRESS** |
| vs. | ) |
| M/V CSL ACADIAN, her engines, tackle and appurtenances, *in rem* et. al. | ) |
| Defendants. | ) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE THAT counsel for FB SHIPPING, INC. will be moving.  Keesal, Young & Logan's new address, effective July 14, 2008 will be:

   KEESAL, YOUNG & LOGAN
   450 Pacific Avenue
   San Francisco, CA 94133
   Phone and fax numbers will remain the same.

- 1 -   KYL_SF463914
FB SHIPPING, INC.'S NOTICE OF CHANGE OF ADDRESS – Case No. C 07 04722 (WHA)

1  All correspondence should be directed to our new address effective July 14,
2  2008.
3
4  DATED: July ___, 2008

/s/ Nicole Bussi
JOHN D. GIFFIN
NICOLE S. BUSSI
KEESAL YOUNG & LOGAN
Attorneys for FB SHIPPING, INC.