IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMPANIA MINERA KAPPAS, S.A. de C.V.,<br><br>    Plaintiff,<br><br>  v.<br><br>THE M/V CSL ACADIAN (IMO NO. 8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*, and CSL INTERNATIONAL, INC., THE CSL GROUP, CANADA STEAMSHIP LINES, FB SHIPPING, INC., *in personam*,<br><br>    Defendants.<br>                                                                          / | No. C 07-04722 WHA<br><br>**ORDER SETTING HEARING** |

The Court is in receipt of plaintiff's September 17, 2008, letter concerning a discovery dispute and hereby **SETS** a further meet-and-confer for **MONDAY, SEPTEMBER 22, 2008, AT 2:00 P.M.** in the Court's jury room. Any unresolved issue(s) shall be heard by the Court at **3:00 P.M.** that same day. Defendants' response is due by **5:00 P.M. ON SEPTEMBER 19**.

**IT IS SO ORDERED.**

Dated: September 18, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE