IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAMPANIA MINERA KAPPAS,, S.A. de C.V.,

    Plaintiff,

  v.

THE M/V CSL ACADIAN (IMO NO. 8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*, and CSL INTERNATIONAL, INC., THE CSL GROUP, CANADA STEAMSHIP LINES, FB SHIPPING, INC., *in personam*,

    Defendants.
                                           /

No. C 07-04722 WHA

**NOTICE**

**NOTICE TO ALL WHOSE TRIALS ARE SET BETWEEN NOW AND NEXT APRIL 30, 2009:**

    The undersigned has a long capital trial that will be underway when your trial was set which will take precedence. The Court requests counsel to jointly stipulate to a magistrate judge of their mutual choice or stipulate to a bench trial that could be held in the afternoons after the capital case. If counsel agree on a magistrate judge, then the re-assignment can be contingent on working out a mutually agreeable schedule with the magistrate judge. Failing such agreement, the Court may ask another district judge to accept a re-assignment of the case. Please respond jointly by **NOVEMBER 26, 2008**, in writing. Despite the foregoing, please adhere to the existing schedule and be prepared to try your case on schedule in the event that the undersigned can do so due to unforeseen developments in the capital case.

Dated: November 5, 2008.

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California