IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAMPANIA MINERA KAPPAS,, S.A. de C.V.,

    Plaintiff,

  v.

THE M/V CSL ACADIAN (IMO NO. 8009571),
HER ENGINES, TACKLE, FURNITURE,
MACHINERY, EQUIPMENT AND
APPURTENANCES AND FREIGHTS, ETC.,
*in rem*, and CSL INTERNATIONAL, INC.,
THE CSL GROUP, CANADA STEAMSHIP
LINES, FB SHIPPING, INC., *in personam*,

    Defendants.

No. C 07-04722 WHA

**ORDER RE TRIAL**

The request to continue the trial until a date after April 30, 2009, is **DENIED**. A continuance of that length was not one of the options offered in the Court's notice. Consequently, the Court will try to maintain the existing trial date of January 26, 2009, and will try to squeeze in this case prior to commencement of the capital case in late February. It is possible that this case will have to trail a few days but the Court is reasonably sure that it can be tried on close to the original schedule. Please do not ask for any continuances. The notice to counsel was explicit and an admonition to counsel to try their case on schedule.

**IT IS SO ORDERED.**

Dated: December 4, 2008.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE