United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMPANIA MINERA CAOPAS, S.A. de C.V.,<br><br>Plaintiff,<br><br>v.<br><br>THE M/V CSL ACADIAN (IMP NO. 8009571, HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*, and CSL INTERNATIONAL, INC., V.SHIPS U.K. LTD., AND FB SHIPPING, INC., *in personam,*<br><br>Defendants.<br>_____/ | No. C 07-04722 WHA<br><br>**FINAL PRETRIAL ORDER AND REFERENCE TO MAGISTRATE JUDGE FOR MEDIATION/SETTLEMENT** |

**FOR GOOD CAUSE** and after a final pretrial conference, the Court issues the following final pretrial order:

1. Subject to another matter with priority, this case shall go to a **BENCH TRIAL** on **JANUARY 26, 2009**, at **7:30 A.M.**, and shall continue until completed on the schedule discussed at the conference. The issues to be tried shall be those set forth in the joint proposed pretrial order. This final pretrial order supersedes all the complaint, answer and any counterclaims, cross-claims or third-party complaints, *i.e.*, only the issues expressly identified for trial remain in the case.

2. Except for good cause, each party is limited to the witnesses and exhibits disclosed in the joint proposed final pretrial order. Materials or witnesses used solely for impeachment need not be disclosed and may be used, subject to the rules of evidence.

3. The stipulations of facts set forth in the joint proposed final pretrial order are approved and binding on all parties.

4. Each side shall have **TEN HOURS** to examine witnesses (counting direct examination, cross-examination, re-direct examination, re-cross examination, etc.). Opening statements and closing arguments shall not count against the limit.

5. The parties shall follow the Court's current *Guidelines for Trial and Final Pretrial Conference*, separately provided and available on the Internet at http://www.cand.uscourts.gov, which guidelines are incorporated as part of this order.

6. This matter is hereby **REFERRED** to **MAGISTRATE JUDGE EDWARD M. CHEN** for **MEDIATION/SETTLEMENT**.

**IT IS SO ORDERED.**

Dated: January 14, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE