TIMOTHY R. LORD, SB# 213062
    E-Mail: lord@lbbslaw.com
VICKEY L. QUINN, SB# 253008
    E-Mail: quinn@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone:    (415) 362-2580
Facsimile:    (415) 434-0882

Attorneys for Plaintiff
COMPANIA MINERA CAOPAS, S.A. de C.V.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMPANIA MINERA CAOPAS, S.A. de C.V.,<br><br>Plaintiff,<br><br>v.<br><br>THE M/V CSL ACADIAN (IMO NO.8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*; and CSL INTERNATIONAL, INC., V. SHIPS U.K. LTD; AND FB SHIPPING, INC.; *in personam*;<br><br>Defendants. | CASE NO. C 07-04722 WHA<br><br>**IN ADMIRALTY**<br><br>**[PROPOSED] ORDER TO ALLOW AUDIO-VISUAL EQUIPMENT INTO COURTHOUSE**<br><br>Trial Date:    February 2, 2009<br>Time:          8:00 a.m.<br>Location:     Courtroom 9<br>Judge:         The Hon. William H. Alsup |

WHEREAS, the parties have identified certain audio-visual equipment to be brought to Courtroom 9, on Monday, February 2, 20009 at 7:00 a.m. consisting of:

Dell projector;

Projection screen;

Power cords;

Tape to secure same; and

Collapsible projector table.

4838-7537-9971.1

**[PROPOSED] ORDER TO ALLOW AUDIO-VISUAL EQUIPMENT INTO COURTHOUSE**

1  Said equipment will be presented for entrance in the possession of Eric Lutrell, trial
2  consultant.
3  The court finding this equipment needed for presentation, does hereby direct the United
4  States Marshall Service to allow Mr. Lutrell and the equipment into the courthouse.

DATED: January 29, 2009     LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Timothy R. Lord
Vickey L. Quinn
Attorneys for Plaintiff
COMPANIA MINERA CAOPAS, S.A. de C.V.

February 2, 2009

IT IS SO ORDERED
Judge William Alsup

_____
UNITED STATES DISTRICT JUDGE

4838-7537-9971.1

[PROPOSED] ORDER TO ALLOW AUDIO-VISUAL EQUIPMENT INTO COURTHOUSE

# FEDERAL COURT PROOF OF SERVICE

*Compania Minera Caopas, S.A. de C.V. v. The M/V CSL ACADIAN, et al.*
United States District Court, Northern District of California, Case No. C07-4722 WHA

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and not a party to the action. My business address is . I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On the date entered below, I served the following document(s):

**[PROPOSED] ORDER TO ALLOW AUDIO-VISUAL EQUIPMENT INTO COURTHOUSE**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

*Attorneys for Defendant FB Shipping, Inc.*
John Giffin, Esq.
Nicole Bussi, Esq.
Keesal, Young & Logan
450 Pacific Avenue
San Francisco, CA 94133
T: 415-398-6000; F: 415-981-0136
Email: nicole.bussi@kyl.com
Email: john.giffin@kyl.com

The documents were served by the following means:

[ ] (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

    [ ] Placed the envelope or package for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope of package with the postage fully prepaid.

[X] (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct.

Executed on January 29, 2009, at San Francisco, California.



Nicole S. Block

4811-6323-3538.1

**PROOF OF SERVICE**