**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAMPANIA MINERA CAOPAS, S.A. de C.V.,

    Plaintiff,

  v.

THE *M/V CSL ACADIAN* (IMO NO. 8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*, and CSL INTERNATIONAL, INC., THE CSL GROUP, CANADA STEAMSHIP LINES, FB SHIPPING, INC., *in personam*,

    Defendants.
                                           /

No. C 07-04722 WHA

**ORDER RE STIPULATION TO EXTEND TIME RE PROPOSED FINDINGS**

      The stipulation requesting more time to respond to the proposed findings has been received. As stated weeks ago, the problem is that the judge needs to wrap up this matter while the evidence is fresh in his mind and before becoming consumed by a four-month capital prosecution beginning on Monday, February 23. Moreover, the principal remaining task is for counsel to vet the other side's proposed findings against the record. It is difficult to see why Mr. Griffin needs to be in San Francisco for that purpose when Ms. Bussi is fully capable of performing that role and consulting with Mr. Griffin long distance as needed. Ordinarily, the Court would extend time but it has very real constraints. If an extension to noon on February 20

1  would be useful to counsel, then the Court would agree to that date.  Otherwise, we will stand
2  by the existing schedule.

4  **IT IS SO ORDERED.**

6  Dated:  February 17, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE