JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
NICOLE S. BUSSI, CASB NO. 252763
nicole.bussi@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone:   (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for Defendants
M/V CSL ACADIAN, CSL INTERNATIONAL, INC., FB SHIPPING, INC., V SHIPS (U.K.), LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPANIA MINERA CAOPAS, S.A. de C.V.,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>M/V CSL ACADIAN, her engines, tackle and appurtenances, *in rem* et. al.<br><br>　　　　　　　　　Defendants. | Case No. C 07-04722 WHA<br><br>**RESPONSE TO COURT'S ORDER RE STIPULATION RE RESPONSE TO THE PARTIES FINDINGS OF FACT** ; ORDER<br><br>Trial Date: February 2, 2009<br>Time: 7:30 a.m.<br>Judge: Hon. William H. Alsup |

　　　　The Court's Order of February 17, 2009 concerning the extension to respond to the proposed findings to Friday, February 20 at noon was received by both parties. Counsel thanks this Court for its understanding and flexibility.

　　　　Counsel for both parties will file responses to the proposed findings by Friday, February 20, 2009 at 12:00 p.m. as ordered by the Court.

DATED: February 18, 2009

　　　　　　　　　　　　　　　　/c/ John Giffin
　　　　　　　　　　　　　　　　John D. Giffin
　　　　　　　　　　　　　　　　Nicole S. Bussi
　　　　　　　　　　　　　　　　KEESAL, YOUNG & LOGAN
　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　M/V CSL ACADIAN, CSL INTERNATIONAL,

RESPONSE TO ORDER RE STIPULATION RE RESPONSE TO THE PARTIES FINDINGS OF FACT

INC., FB SHIPPING, INC., V SHIPS (U.K.), LTD.

DATED: February 18, 2009

/s/ Timothy R. Lord
TIMOTHY R. LORD
LEWIS BRISBOIS BISGAARD & SMITH LLP
Attorney for COMPANIA MINERA CAOPAS, S.A. de C.V.

## ORDER

Good cause having been shown the Court extends the parties' time to respond to proposed findings of fact and conclusions of law to 12:00 p.m. February 20, 2009.

IT IS SO ORDERED.

Dated: February 18, 2009.

HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

APPROVED
Judge William Alsup