IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAMPANIA MINERA CAOPAS, S.A. de C.V.,

    Plaintiff,

No. C 07-04722 WHA

v.

THE *M/V CSL ACADIAN* (IMO NO. 8009571), HER ENGINES, TACKLE, FURNITURE, MACHINERY, EQUIPMENT AND APPURTENANCES AND FREIGHTS, ETC., *in rem*, and CSL INTERNATIONAL, INC., THE CSL GROUP, CANADA STEAMSHIP LINES, FB SHIPPING, INC., *in personam*,

    Defendants.

**JUDGMENT**

/

For the reasons stated in the accompanying findings of fact and conclusions of law after bench trial, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff and against defendants in the sum of $5,124,455.82. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: March 6, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE